**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____  Chapter    __7__

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lansdowne Construction LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4070039** |

| | |
|---|---|
| 4. **Debtor's address** | **Principal place of business** <br><br> **1741 Business Center Drive, Suite 120 Reston, VA 20190** <br> Number, Street, City, State & ZIP Code <br><br> **Fairfax** <br> County |

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | |
|---|---|
| 6. **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Lansdowne Construction LLC**
_____
Name                                                                                  Case number (*if known*) _____

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **Lansdowne Construction LLC**                                    Case number (*if known*)
          Name

---

**11. Why is the case filed in**          *Check all that apply:*
    *this district?*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**     ■ **No**
    **have possession of any**
    **real property or personal**   ☐ **Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**
                                   **Why does the property need immediate attention?** (*Check all that apply.*)

                                   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                       What is the hazard? _____

                                   ☐ It needs to be physically secured or protected from the weather.

                                   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                      livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                   ☐ Other _____

                                   **Where is the property?** _____

                                                              Number, Street, City, State & ZIP Code

                                   **Is the property insured?**

                                   ☐ No

                                   ☐ Yes.   Insurance agency _____

                                            Contact name    _____

                                            Phone           _____

---

■      **Statistical and administrative information**

**13. Debtor's estimation of**     .     *Check one:*
    **available funds**
                                   ■ Funds will be available for distribution to unsecured creditors.

                                   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**    ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
    **creditors**              ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                               ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                               ■ 200-999

---

**15. Estimated Assets**       ☐ $0 - $50,000            ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

**16. Estimated liabilities**  ☐ $0 - $50,000            ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000      ■ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

| Debtor | **Lansdowne Construction LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 15, 2018**
MM / DD / YYYY

**X** **/s/ Ralph Dietze** | **Ralph Dietze**
Signature of authorized representative of debtor | Printed name

Title    **Member/Manager**

---

**18. Signature of attorney**

**X** **/s/ Jeffery T. Martin, Jr.**    Date    **May 15, 2018**
Signature of attorney for debtor    MM / DD / YYYY

**Jeffery T. Martin, Jr. 71860**
Printed name

**Henry & O'Donnell, PC**
Firm name

**300 N. Washington Street**
**Suite 204**
**Alexandria, VA 22314**
Number, Street, City, State & ZIP Code

Contact phone    **(703)548-2100**    Email address    **jtm@henrylaw.com**

**71860 VA**
Bar number and State

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Lansdowne Construction LLC**
_____

Case No. _____

Debtor(s)

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other *(specify)*

3.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other *(specify)*

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   Other provisions as needed:

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Any representation in contested matters, adversary proceedings or other litigation.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 15, 2018** | **/s/ Jeffery T. Martin, Jr.** |
| *Date* | **Jeffery T. Martin, Jr. 71860** |
| | *Signature of Attorney* |
| | |
| | **Henry & O'Donnell, PC** |
| | *Name of Law Firm* |
| | **300 N. Washington Street** |
| | **Suite 204** |
| | **Alexandria, VA 22314** |
| | **(703)548-2100  Fax: (703)548-2105** |

---

### *For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,223</u>*
### *(For all Cases Filed on or after 01/01/2018)*

## NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
## CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| *Date* | *Signature of Attorney* |

1201-1225 New York Ave,SPE LLC
c/o LPC (Quatar Foundation)
1201 NY Ave, NW #100
Washington, DC 20006


1201-1225 New York Ave,SPE LLC
c/o LPC (1225 NY Ave Lobby)
1201 NY Ave, NW #100
Washington, DC 20006


A & M Fire Protection, LLC
PO Box 44365
Nottingham, MD 21236


A Capital Electric Svcs, LLC
8716 Little River Turnpike
Fairfax, VA 22031


A&A Fence A&A Const Svcs
9319 Mike Garcia Dr.
Manassas, VA 20109


A&E Plumbing Inc.
10448 Business Center Ct.
Manassas, VA 20110


A. Interior Systems LLC
25 Turner Dr.
Stafford, VA 22556


AA Painting & Drywall Inc.
1458 Carrington Ridge Ln.
Vienna, VA 22182


ABG Caulking & Waterproofing
PO Box 1757
Morristown, TN 37816


Accessible Consruction Supply
4275 Hunting Creek Rd.
Huntingtown, MD 20639


Ace Temporaries Inc.
PO Box 13188
Milwaukee, WI 53213-0188

Action Safe & Lock Inc.
2218 N. Roosevelt St.
Arlington, VA 22205

Acton Mobile Industries LLC
PO Box 758689
Baltimore, MD 21275-8689

ADESA, Inc.
13085 Hamilton Crossing Blvd.
Carmel, IN 46032

Advanced Caulking & Waterproof
2817-N Dorr Ave.
Fairfax, VA 22031

Advanced Equipment Co Inc.
236 Westhampton Ave.
Capitol Heights, MD 20743

AIM Mechanical & Plumbing
23475 Rock Haven Way
Unit 115
Sterling, VA 20166

Akers Fire Protection
7205 Telegraph Sq. Dr.
Lorton, VA 22079

Albermarle County
401 McIntire Rd.
Charlottesville, VA 22902

All Phase Drywall Inc.
4475 Regency Pl., Ste. 302
White Plains, MD 20695

Allegheny Casulty Co
c/o Kathleen Maloney
2570 Blvd of the Generals #125
Norristown, PA 19403

Allied Portable Toilets, LLC
PO Box 939
Crozet, VA 22932

Allied Trailers Sales & Rental
PO Box 427
Savage, MD 20763


Amelia Overhead Doors
15388 Patrick Henry Hwy
Amelia Court House, VA 23002


American Bldg Specialties Corp
10210 Marsh Rd.
Bldg. #2
Bealeton, VA 22712


American Disposal Services
PO Box 1326
Centreville, VA 20122-8326


American Glassworx
11607 Maryland Ave.
Beltsville, MD 20705


Americode Code Consultants
PO Box 804
Bristow, VA 20136


Angel Central Concrete
PO Box 544
Fredericksburg, VA 22404


Apex Billing Solutions
PO Box 1537
Columbus, GA 31902-1537


Aqua Port Watertanker Svc LLC
583 Clark's Tract
Keswick, VA 22947


Aqua Terra
PO Box 8266
Charlottesville, VA 22906


Arbon Equipment Corp
c/o Rite-Hite Co, LLC
8900 N. Arbon Dr.
Milwaukee, WI 53223

ARC Document Solutions
9130 Red Branch Rd.
Ste. P
Columbia, MD 21045


Architectural Mall, Inc.
642 W. Winthrop Ave.
Addison, IL 60101


Area Access, Inc.
7131 Gateway Ct.
Manassas, VA 20109


Arlington County
PO Box 1757
Merrifield, VA 22116


Artelye Marble & Granite
10116 Bacon Dr.
Beltsville, MD 20705


Ashland Equipment Inc.
1324 Brass Mill Rd.
Belcamp, MD 21017


Atlantic Sun Control, Inc.
8621 Quarry Rd.
Manassas, VA 20110


B & A Tub Savers
3901 Presidents Rd.
Scottsville, VA 24590


B & M International Steel Co.
15161 C Washington St.
Haymarket, VA 20168


Bailey & Shipp Electric
8229 Cloverleaf Dr.
Ste. 460
Millersville, MD 21108


Baird Concrete Corp
PO Box 5817
Fredericksburg, VA 22403

Baltimore Canvas Products Inc.
2861 W. Franklin St.
Baltimore, MD 21223


Baltimore Waterproofing Inc.
PO Box 72717
Baltimore, MD 21237


Bartley Corp.
PO Box 1299
Ashton, MD 20861


Battlefield Roofing Company
8713 Virginia Meadows Dr.
Ste. 201
Manassas, VA 20109-7826


Beck Developers LLC
Century Steel
45034 Underwood Ln. #201
Sterling, VA 20166


Beeler Brother Construction
419 Fox Ridge Dr., SW
Leesburg, VA 20175


Beitzell Fence Company
4665 Sudley Rd.
Catharpin, VA 20143


Berkeley MountaineerGlass&Door
412 W. Race St.
Martinsburg, WV 25401


Beyer Automotive Group
7416 Richmond Hwy.
Alexandria, VA 22306


BFPE International
PO Box 791045
Baltimore, MD 21079-1045


Big Foot Welding, Inc.
8025 Lake Dr.
Manassas, VA 20111

BKY Electric Co, Inc.
23284 Meadowvale Glen Ct.
Dulles, VA 20166


Blue Ridge Landscape & Design
172-12 Imboden Dr.
Winchester, VA 22603


Bowman Consutling Group LTD
PO Box 222534
Chantilly, VA 20153-2534


BPI Mechanical, Inc.
9103 Hampton Overlook
Capitol Heights, MD 20743


Bryant Group, Inc.
7891 Beechcraft Ave.
Gaithersburg, MD 20879


Builder Code Inspectors, LLC
1809 Warren Dr.
Woodbridge, VA 22191


Builders First Source
PO Box 100932
Atlanta, GA 30384-0932


Bunting Door & Hardware Co
6650 Busienss Parkway, Ste. C
Elkridge, MD 21075


Cabcraft Interiors
534 Thompson Creek Rd.
Stevensville, MD 21666


Cameron Drilling Co., Inc.
12500 Washington Ave
Rockville, MD 20852


Capital City Flooring
1508 Moran Rd.
Sterling, VA 20166

Capital Iron Solutions, Inc.
14650 Southlawn Ln.
Ste. 16
Rockville, MD 20850


Capital Paving & Sealcoating
8571 Briar Patch Dr.
Denton, MD 21629


Capital Welding Inc.
One Carnegie Ct.
Waldorf, MD 20602-2723


Capitol Finishes Inc.
9601 Pulaski Park Dr.
Ste. 414
Baltimore, MD 21220


Capstone Contractors Inc.
13020 St. Clair Rd.
Clarksburg, MD 20871


Cardinal Survey & Design PLC
156 Strawberry Plains Rd.
Ste. D
Williamsburg, VA 23188


Caulking Applicators Inc
PO Box 508
Lorton, VA 22199


Cavalier Container, LLC
2316 Highland Ave.
Charlottesville, VA 22903


Century Contracting Corp.
8394 D Terminal Rd.
Lorton, VA 22079


Chesapeake Bldg Components Inc
PO Box 2090
Easton, MD 21601

Chesapeake Sprinkler Co.
1913-B Betson Ct.
Odenton, MD 21113


Christopher Consultants
99000 Main St., Ste. 400
Fairfax, VA 22031-3907


City of Alexandria
PO Box 34850
Alexandria, VA 22334


City of Fairfax
10455 Armstrong St. #300
Fairfax, VA 22003


City of Fredericksburg
PO Box 644
Fredericksburg, VA 22404


Cluster's Custom Painting Svcs
328 Bullitt Ave., S.E.
Roanoke, VA 24013


Clyde E. Smith, Inc.
2100
Fox Hunt Dr.
Troy, VA 22974


Colony Hardware Corp.
PO Box 21216
New York, NY 10087-1216


Comdore, LLC
2810 Merrilee Dr., Unit E
Fairfax, VA 22031


Commerical Scapes Inc.
11725 Bristow Rd.
Bristow, VA 20136


Commission of Revenue GreeneCo
PO Box 438
Stanardsville, VA 22973

Comptroller of Maryland
110 Carroll St.
Annapolis, MD 21411-0001


Concrete Imaging
10005 Good Luck Rd.
Glenndale, MD 20769


Congressional Country Club
8500 River Rd.
Bethesda, MD 20817


Contract Carpet Systems
10212 Southard Dr.
Beltsville, MD 20705


Control Tec Inc.
3242 Esther Pl.
Baltimore, MD 21224


CoreSite LLC
1001 17th St.
Denver, CO 80202


County of Fairfax
PO Box 10203
Fairfax, VA 22035


Crider's Finishing, Inc.
21641 Beaumeade Cir.
Ste. 317
Ashburn, VA 20147


Cynergy Systems Inc.
1851 Chespark Dr.
Gastonia, NC 28052


Dad's Discount Appliance Dist.
6636 Virginia Manor Rd.
Beltsville, MD 20705


Datawatch Systems, Inc.
4520 East West Hwy., Ste. 200
Bethesda, MD 20814

Davenport & Valley Insulation
1345 New Hope Rd.
Waynesboro, VA 22980


Davenport Commerical
7477 Mason King Ct.
Manassas, VA 20109


DBS Roofing
PO Box 1385
Newington, VA 22122


DC Mechanical, LLC
21641 Beaumeade Cir.
Ste. 315
Ashburn, VA 20147


Del-Ray Contract Glazing, LLC
6621 Richmond Hwy.
Alexandria, VA 22306


Delaware Elevator, Inc.
2210 Allen Dr.
Salisbury, MD 21801


Delta Dental of Virginia
PO Box 758722
Baltimore, MD 21275


Delta Painting
6594 Commerce Ct.
Warrenton, VA 20187


Design Glazing Concepts LLC
21595 Cedar Ln.
Unit A
Sterling, VA 20166


Designs by Mary Beiter
1091 Collegeville Rd.
Collegeville, PA 19426

Devon/Sterling, LLC
& Devon Self Storage
2000 Powell St., Ste. 1240
Emeryville, CA 94608


DHive
10001 Windstream Dr., Ste. 606
Columbia, MD 21044


Digs Inc.
PO Box 31
1030 Linden Ave.
Charlottesville, VA 22902


Dimensional Marble & Tile
15932 Derwood Rd.
Derwood, MD 20855


Dominion Energy
PO Box 26543
Richmond, VA 23290-0001


Dominion Millwork Co., Inc.
7910 Notes Dr.
Manassas, VA 20109


Don's Johns
PO Box 824731
Philadelphia, PA 19182-4731


Dos Amigos Landscaping
2680 Meriwether Dr.
Charlottesville, VA 22901


DuVall Paint Contractors, LLC
8964 Garcia Dr.
Manassas, VA 20109


E. M. Turner ConstructionOfMD
11143 Rich Meadow Dr.
Great Falls, VA 22066


E.A. Holsten, Inc.
PO Box 26808
Richmond, VA 23261

East Coast Masonry
30 Whipering Pines Ln.
Stafford, VA 22556


Eastern Elevator Company
141 Muskoka Ct.
Winchester, VA 22602


ECS Mid-Atlantic, LLC
14026 Thunderbolt Pl.
Ste. 100
Chantilly, VA 20151


Eisen Woodwork, Inc.
KS Custom Cabinet Co.
12818 Livingston Rd.
Manassas, VA 20109


Electrical Systems & Svcs, Inc
7879 Cessna Ave.
Gaithersburg, MD 20879


Elevator Control Service
8231 Penn Randall Pl.
Upper Marlboro, MD 20772


Elite Assemble Management
14117 Vintage Ln.
Accokeek, MD 20607


Elite Enterprises Inc.
PO Box 220
La Plata, MD 20646


Elkins Painting & Wallcovering
111B Carpenter Dr.
Sterling, VA 20164


EM Millwork Inc.
7911 Westpark Dr.
Mc Lean, VA 22102

Envision Glass Company
9104 Mansassas Dr.
Unit R
Manassas, VA 20111


Ettington Park, LLC
1624 Hunter Mill Rd.
Vienna, VA 22182


Europa Stone, LLC
13888 Redskin Dr.
Herndon, VA 20171


Executive Glass Services Inc.
PO Box 9
Sterling, VA 20167


Extinguish Fire Corp.
1120 International Pkwy.
Ste. 117
Fredericksburg, VA 22406


Extra Space Storage
Unit 4700
12260 Sunrise Valley Dr.
Reston, VA 20190


Ferrellgas
PO Box 173940
Denver, CO 80217-3940


Finley Asphalt & Sealing Inc.
PO Box 1710
Manassas, VA 20108


Fire & Life Safety - Richmond
3017 Vernon Rd.
Ste. 100
Richmond, VA 23228


Fireplace Solutions
13874 Park Center Rd.
Herndon, VA 20171

Five Star Septic, Inc.
45910 Transamerica Plaza
Ste. 103
Sterling, VA 20166


Flynn Mid-Atlantic
5200 Raynor Ave.
Linthicum Heights, MD 21090


Francis O. Day Co.
850 E. Gude Dr., Ste. A
Rockville, MD 20850


Fred's Best LLC
1934 Old Gallows Rd.
Ste. 350
Vienna, VA 22182


G.A. Largent & Assoc.
91 Oakman Ln.
Ridgeley, WV 26753


G.D. Laminates
1010 N. Chester St.
Baltimore, MD 21205


Garnett Refigeration Inc.
9821 Courthouse Rd.
Spotsylvania, VA 22553


GB Shades LLC
20 Southlaw Ct., Ste. C
Rockville, MD 20850


Goff Electrical Systems, LLC
4500 Printers Ct.
White Plains, MD 20695


Goode Refigeration Inc.
12289 Livingston Rd.
Manassas, VA 20109


Granite & Marble Express, Inc.
14154 Mariah Ct.
Chantilly, VA 20151

Greco Masonry
6315 Hopewell Rd.
The Plains, VA 20198


GreenEdge Commerical Interiors
921 North Lebanon St.
Arlington, VA 22205


GTB Enterprises Inc.
dba Paintworx
PO Box 1383
Ashburn, VA 20146


Hallmark Iron Works Inc.
8399 Paris St.
Newington, VA 22122


HAVA Tech Inc.
14210 Sullyfield Cir.
Ste. C
Chantilly, VA 20151


Hawkeye Exteriors Inc.
11900 Livingston Rd., Ste. 113
Manassas, VA 20110


HercRentals, Inc.
PO Bxo 650280
Dallas, TX 75265-0280


Hercules Fence Co.
8194 Euclid Ave.
Manassas Park, VA 20111


Heritage Stone & Tile Inc.
15133 Marlboro Pike
Upper Marlboro, MD 20772


Hollman
1825 W. Walnut Ln.
Irving, TX 75038


Holtzman Oil Corp.
PO Box 8
Mount Jackson, VA 22842

Houston Starr Co.
300 Brushton Ave.
Pittsburgh, PA 15221

Hurricane Fence Co.
PO Bo x 27527
Richmond, VA 23261-7527

HVAC Precision Svcs, Inc.
7610 Lindbergh Dr.
Gaithersburg, MD 20878-5404

IE&J CMD. Co. LLC
7646 Fullerton Rd., Unit E
Springfield, VA 22153

IKOR Co. Inc.
12000 Indian Creek Ct., Ste. B
Beltsville, MD 20705

Imperial Stone Paving Corp.
7020 Troy Hill Dr., Ste. C-E
Elkridge, MD 21075

Interior Bldg Systems Co.
IBS Millwork Corp.
8501 Buckeye Timber Dr.
Manassas, VA 20109

Intermarkets, Inc.
11911 Freedom Dr., Ste. 1140
Reston, VA 20190

IPS Contracting Svcs
6900 Bownel Ave.
Baltimore, MD 21237

J & D Mechanical
6585 Merchant Pl., Ste. 308
Warrenton, VA 20187

James River Nurseries LLC
13244 Ashland Rd.
Ashland, VA 23005

JB Custom Welding
25476 Freda Ln.
South Riding, VA 20152


JC Roman Construction Co LLC
c/o Cindy Elkins
9101 Mike Garcia Dr.
Manassas, VA 20109


JL Interior Elements
1232 4th St., N.E.
Washington, DC 20002


JoRon Hawley
Get Wired Electric
101 Hayfield Ct.
La Plata, MD 20646


K & B Plumbing & Heating Inc.
7411 Lindbergh Dr., #A
Gaithersburg, MD 20879


K & K Sheet Metal
8390-G Terminal Rd.
Lorton, VA 22079


KAHNCO, LLC
PO Box 3025
Staunton, VA 24402


Kalkreuth Roofing & SheetMetal
53 14th St., Ste. 100
Wheeling, WV 26003


Kalothia Cabling
1301 Moran Rd.
Dulles, VA 20166


Kensington Glass Arts Inc.
2194 Urbana Pike
Ijamsville, MD 21754


Keystone Concrete Masonry
7880 Backlick Rd., Number 4
Springfield, VA 22152

Kidwell Fencing & Home Improv.
136-5 Musket Dr.
Winchester, VA 22602


KMN Sheet Metal Inc.
7400 Boston Blvd.
Springfield, VA 22153


KT Enterprises, Inc.
8040 Industrial Park Ct.
Bristow, VA 20136


Labor Finders of Virginia
PO Box 785
Manassas, VA 20113-0785


Langhorne Concrete Const.
9353 Mike Garcia Dr.
Manassas, VA 20109


Lansdowne Construction IV, LLC
1741 Business Center Dr.
Ste. 120
Reston, VA 20190


Lerner - WSQ Spec
2000 Tower Oaks Blvd.,8th Fl.
Rockville, MD 20852


Lerner-1800 Tysons Blvd
2000 Tower Oaks Blvd., 18th Fl
Rockville, MD 20852


Lerner-1800 Tysons Stair
2000 Tower Oaks Blvd, 18th Fl.
Rockville, MD 20852


Lerner-Tower Oaks Artwork
2000 Tower Oaks Blvd., 18th Fl
Rockville, MD 20852


Levine & Associates, PLLC
5311 Lee Highway
Arlington, VA 22207

Long & Foster Co
14501 George Carter Way
Chantilly, VA 20151

Long Fence Co
1910 Betson Ct.
Odenton, MD 21113

Lotus Bldg Svcs
& VA Tile Co.
44330 Mercure Cir. Ste. 100D
Dulles, VA 20165-2023

Lotus Bldg Svcs, LLC
44330 Mercure Cir., Ste. 100D
Sterling, VA 20166

Loudoun Stairs
341 N. Maple Ave.
Purcellville, VA 20132

Loudoun Water
PO Box 4000
Ashburn, VA 20146-2591

M & N Industries, Inc.
dba Crossroads Iron Works
10380 James Madison Hwy.
Gordonsville, VA 22942

M & V Demolition LLC
PO Box 9662
Silver Spring, MD 20916

Machine Aquatics, LLC
204 Mill St., Unit D
Vienna, VA 22180

MAG Resources, LLC
PO Box 590
Barberton, OH 44203

Magnolia Plumbing, Inc.
600 Gallatin St., N.E.
Washington, DC 20017

Makson, Inc.
PO box 4197
Salisbury, NC 28145


Manhattan Constrcution Co.
3330 Washington Blvd., #300
Arlington, VA 22201


Master Builders Construction
27 McWhirt Loop
Ste. 107
Fredericksburg, VA 22406


Max Floors, Inc.
4016 Arcadia Dr.
Alexandria, VA 22312


McClary Tile, Inc.
5918 Farrington Ave.
Alexandria, VA 22304


Merical Electrical Contractors
6411 SW Crain Highway
Upper Marlboro, MD 20772


Merrifield Granite & Marble
8536 Terminal Rd., Unit C
Lorton, VA 22079


Metro Stone Works LLC
9115 Digital Dr., Unit 12
Manassas Park, VA 20111-8275


Metropolitan Fire Protection
7179 Old Alexandria Ferry Rd
Clinton, MD 20735


Metropolitan Property Mgmt.
120 East Broad St., Ste. A
Falls Church, VA 22046


Mid Atlantic Diversified Const
8310 Edgewood Church Rd.
Frederick, MD 21702

Mike Berger Inc.
7800 Progress Ct.
Gainesville, VA 20155


Mike's Glass & Mirror Co.
PO Box 426
Orange, VA 22960


Mileham & King Inc.
15748 Crabbs Branch Way
Rockville, MD 20855


Modern Door & Equip. Sales,Inc
4301 Charles Crossing Dr.
White Plains, MD 20695


MTD Erectors Inc.
PO Box 47
Thurmont, MD 21788


Murphy's Mechanical Svcs
21750 Red Rum Dr.
Ste. 122
Ashburn, VA 20147


MV & Son Masonry LLC
PO Box 12270
Burke, VA 22009


N&E Plumbing LLC
2335 W Longview Dr.
Woodbridge, VA 22191


Nation's Contractor Inc.
14524-A Lee Rd.
Ste. A
Chantilly, VA 20151


National Deconstruction, Inc
22530 Gateway Ctr Dr
Ste. 300
Clarksburg, MD 20871

National Student Clearinghouse
2300 Dulles Station Blvd.
Herndon, VA 20171

Naviaz Construction Co., Inc.
9724 King George Dr.
Manassas, VA 20109

Neighoff & Sons, Inc.
117 Holsum Way
Glen Burnie, MD 21060

Nester Enterprises Inc.
20800 Ashburn Rd.
Ashburn, VA 20147

Net6 Electric, Inc.
305 Washington Ave., Ste. 100
Towson, MD 21204

Northeast Contracting Corp
7220 Lockport Pl.
Lorton, VA 22079

Northstar Fire Protection
21530 Blackwood Ct., Ste. 150
Sterling, VA 20166

Norwood Marble & Granite
3400 Windom Rd.
Brentwood, MD 20722

Nova Electrial Contractors LLC
16307 Alderwood Ln
Bowie, MD 20716

Office Janitorial Svcs, LLC
2465J-17 Centreville Rd.
Unit 767
Herndon, VA 20171

Omega Courier Inc.
PO Box 10282
Mc Lean, VA 22102

Orion Management, LLC
8003 Forbes Pl.
Springfield, VA 22151


Orndorff & Spaid
11722 Old Baltimore Pike
Beltsville, MD 20705


Overhead Door - Baltimore
3501 Century Ave.
Baltimore, MD 21227


Overhead Door - WashingtonDC
6841 Distribution Dr.
Beltsville, MD 20705-1404


Park Structural
6002 Wendron Way
Alexandria, VA 22315


Partners Electric Svcs, Inc.
4857 Walden Ln.
Lanham, MD 20706


Payne's Parking Designs Inc.
5313 Ritchie Rd.
Bealeton, VA 22712


Penny Design Group
8120 Woodmont Ave., Ste. 410
Bethesda, MD 20814


People Ready, Inc.
PO Box 820145
Philadelphia, PA 19182-0145


Perfect LG Cleaning Corp.
11501 Tidewater Trl.
Fredericksburg, VA 22408


Perlectric, Inc.
2711 Prosperity Ave., Ste. 30
Fairfax, VA 22031

Peter A. Converse
4050 Lorcom Ln.
Arlington, VA 22207


PF Partners, LLC
PO Box 4647
Falls Church, VA 22044


Philips Construction, LLC
3649 US Highway 41A
Henderson, KY 42420


PhishMe, Inc.
1608 Village Market Bvld.
#200
Leesburg, VA 20175


Phoneix Fire Protection, Inc.
7901 Penn Randall Pl.
Upper Marlboro, MD 20772


Piedmont Pain & Finish LLC
1726 A Allied St., Ste. 2
Charlottesville, VA 22903


Piedmont Plumbing LLC
4224 Courthouse Rd.
Louisa, VA 23093


Poe Porcelain Repair, Inc.
9391 Shevlin Ct.
Nokesville, VA 20181


Portillo Construction Inc.
4220 University Dr.
Fairfax, VA 22030


Post-Construction Cleaning
by Ex-Zel
22863 Bryant Ct., Ste. 102
Sterling, VA 20166


Potomac Architectural Milwork
15010 Farm Creek Dr., Ste. 100
Woodbridge, VA 22191

Potomac Waterproofing, Inc.
8195-B Euclid Dt.
Manassas, VA 20111


PowerSecure, Inc.
1609 Heritage Commerce Ct.
Wake Forest, NC 27587


Precision Architectural Metals
5225 Kilmer Pl.
Hyattsville, MD 20781


Precision Doors & Hardware LLC
6295-80 Edsall Rd.
Alexandria, VA 22312-2670


Preferred Global, Inc.
PO Box 11588
Fort Wayne, IN 46858-1588


Presidential Plaza, L.P.
c/o Tishman Speyer Properties
45 Rockefeller Plaza
New York, NY 10111


Primavera Pool Svcs, LLC
8116 Arlington Blvd., Ste. 118
Falls Church, VA 22042


Principle Financial Insurance
Des Moines, IA 50306-0372


Pro-Air, Inc.
1319 F St., N.W., Ste. 400
Washington, DC 20004


Pro-Pave Inc.
21563 Stonetree Ct.
Sterling, VA 20166


Procore Technologies Inc.
6309 Carpinitera Ave.
Carpinteria, CA 93013

Project Solutions Group (Z)
3725 Concorde Pkwy.
Ste. 105
Chantilly, VA 20151


Project Solutions Group -Moore
3725 Concorde Pkwy.
Ste. 105
Chantilly, VA 20151


Project Solutions Group FCEDA
3725 Concorde Pkwy.
Ste. 105
Chantilly, VA 20151


Property Resources
1008 Wyndham Dr.
Vinton, VA 24179


Prospect Waterproofing Co.
118 Acacia ln.
Sterling, VA 20166


PSC
4401 Wilson Blvd., Ste. 1110
Arlington, VA 22203


Public Works Dept Naval
Facilities Eng Command
181 Wainwright Rd.
Annapolis, MD 21402


R. Williams Paving
2436 Bridge Water Dr.
Maidens, VA 23102


R.D. Janitorial Svcs LLC
8554 Braxted Ln.
Manassas, VA 20110


Ralph & Sharon Dietze
11990 Market St.
Reston, VA 20190

Rayco Roof Services, Inc.
6870 Wellington Rd.
Manassas, VA 20109


Ready2Cut, LLC
192 Cedar Walk Cir., NE
Leesburg, VA 20176


Rees Broome PC
1900 Gallows Rd., Ste. 700
Tysons Corner, VA 22182


Reliable Installation Svcs LLC
PO Box 386
Myersville, MD 21773


Reliance Utility Svcs.
PO Box 4388
Charlottesville, VA 22905


Reliant Drywall Inc.
5734 Industry Lane
Frederick, MD 21704


Resilucent Windows & Glass
5431 Yukon Ct., Ste. F
Frederick, MD 21703


Reyco Electrical Svcs.
7 Jay Gould Ct., Ste. 6
Waldorf, MD 20602


Rosner Automotive Group
95 Garrisonville Rd.
Stafford, VA 22554


Roux Assoc., Inc.
3330 Washington Blvd.
Ste. 420
Arlington, VA 22201


Ruff Nex, LLC
2809 Boston St., Ste. 307
Baltimore, MD 21224

Rule4, LLC
7081 Dorsey Run Rd.
Ste. 112
Elkridge, MD 21075


S.M.G.C. Inc.
10229 Cove Ledge Ct.
Montgomery Village, MD 20886


Sanchez Construction, LLC
1860 Sugar Hill Rd., Apt. 204
Woodbridge, VA 22192


SB Enterprises, LLC
1272 Indian Landing Rd.
Millersville, MD 21108


Scan Core
4210 Amelia Dr.
Fredericksburg, VA 22408


Second Star, LLC
929 Florida Ave., N.W.
Ste. 8006
Washington, DC 20001


Select Construction Co., Inc.
44632 Guilford Dr., Ste. 114
Ashburn, VA 20147


Selective Hauling LLC
8040 Queenair Dr.
Gaithersburg, MD 20879


Selective Wrecking & Abatement
8040 Queenaire Dr.
Gaithersburg, MD 20879


Senza Fine Inc.
23430 Rock Haven Way
Ste. 270
Dulles, VA 20166

SETEC Security & Energy Tech
4200-Q Lafayette Ctr Dr.
Chantilly, VA 20151


Siemens Industry, Inc.
c/o City Bank
PO Box 2134
Carol Stream, IL 60132-2134


Simplex Grinnell
Dept. CH 10320
Palatine, IL 60055-0320


SK&A MD
12435 Park Potomac Ave
Ste. 300
Potomac, MD 20854


Sound Structures Inc.
126 S. Lynnhaven Rd.
Virginia Beach, VA 23452


Source One Flooring Inc.
45975 Nokes Blvd.
Ste. 135
Sterling, VA 20166


South County Construction
7725 Delano Rd.
Clinton, MD 20735


Specified Woodworking Corp
9327A Washington Blvd.
Laurel, MD 20723


Spectra Contract Flooring
1351 Eisenhower Blvd., Ste. 10
Harrisburg, PA 17111


Steele Foundation LLC
3229 K St., N.W.
Ste. 601
Washington, DC 20007

Stevens Maintenance
15448 Fox Vale Way
Midlothian, VA 23112


Stone Solutions LLC
8969 Yellow Brick Rd.
Rosedale, MD 21237


Stroico Construction -FireAlar
3268 N. Valley Pike
Harrisonburg, VA 22802


Stroico Construction LLC
3268 N. Valley Pike
Harrisonburg, VA 22802


Structural Steel Mgmt, LLC
PO Box 874
179 James Rive Rd.
Scottsville, VA 24590


Stuart Dean Co., Inc.
PO Box 10369
Newark, NJ 07193-0369


Sun Block Inc.
11700 Midlothian Turnpike
Midlothian, VA 23113


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


Surface Systems Installers
5036 1/2 Dana Pl., N.W.
Washington, DC 20016


T Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Temp Power Generator Rentals
PO Box 331
Haymarket, VA 20168

Temp-Air
8029 Solutions Center
Chicago, IL 60677-8000


Testing Technologies, Inc.
1241 Featherstone Rd.
Woodbridge, VA 22191


TH Holding Company LLC
1741 Business Center Dr.
Ste. 200
Reston, VA 20190


The Guarantee Co of North Am
201 International Cir., Ste. 2
Cockeysville, MD 21030


The M Group
12353 Sunrise Valley Dr.
Reston, VA 20191


Thesis Painting, Inc.
7401-D Fullerton Rd.
Springfield, VA 22153


Titan Virginia Ready Mix, LLC
PO Box 932564
Atlanta, GA 31193-2564


Titans Construction
4019 Forge Dr.
Woodbridge, VA 22193


TMobile
PO Box 742596
Cincinnati, OH 45274


Total Construction Svcs, Inc.
940 Ficklen Rd.
Fredericksburg, VA 22405


Tower Companies
2000 Tower Oakds Blvd.
9th Fl.
Rockville, MD 20852

Tradesman Int'l Holdings LLC
PO Box 932858
Cleveland, OH 44193


Trane US Inc.
PO Box 403271
Atlanta, GA 30384-3271


TrueTeam AR
Quality Bldg Products
PO Box 534451
Atlanta, GA 30353-4451


Turnkey Enterprises Inc.
7161 Old Alexandria Ferry Rd
Clinton, MD 20735


Tysons Carpet Inc.
22900 Shaw Rd, Unit 125
Sterling, VA 20166


Unique Demolition Svcs LLC
16595 Dressage Ct.
Leesburg, VA 20175


United Bank
14201 Sullyfield Circle
Suite 500
Chantilly, VA 20151


United Foundations, Inc.
11201 BertAlice Ct.
Manassas, VA 20110


United General Contractors
1232 4th St., N.E.
Washington, DC 20004


United Granite, LLC
25391 Peasant valley Rd.
Chantilly, VA 20152


United Healthcare
PO Box 19032
Green Bay, WI 54307-9032

United Plumbing & Piping, LLC
45570 Shepard Dr., Ste. 1
Sterling, VA 20164

United Plumbing & Piping, LLC
HVAC
45570 Shepard Dr., Ste. 1
Sterling, VA 20164

United Rentals North Am. Inc.
PO Box 100711
Atlanta, GA 30384-0711

V & H Masonry LLC
7680 Duneiden Ln.
Manassas, VA 20109

Vadata, Inc.
ATTN: Non-Inventory
PO Box 80683
Seattle, WA 98108-0683

Valerie Campbell
Blue Ridge Vet Assoc.
120 East Cornwell Ln.
Purcellville, VA 20132

Verizon
PO Box 25505
Lehigh Valley, PA 18002-5505

Verizon
PO Box 15043
Albany, NY 12212-5043

Village Concrete Inc.
11250 Industrial Rd.
Manassas, VA 20109

Vision Systems Inc.
2010 Meadow Dr.
Fredericksburg, VA 22405

Vital Fuel Systems, Inc.
1076 Classic Rd
Apex, NC 27539-4401


Walsh Colucci Lubeley & Walsh
2200 Clarendon Blvd.
Ste. 1300
Arlington, VA 22201


Walter L. Phillips Inc.
207 Park Ave., Ste. 104
Falls Church, VA 22046


Weeter Concrete Inc.
25274 Wukkard Rd,
Chantilly, VA 20152


White Cap Construction Supply
PO Box 4852
Orlando, FL 32802-4852


Wilcox Caulking Corp.
PO Box 208
Lorton, VA 22199-0208


Winchester Fire & Security LLC
13996 Parkeast Cir., Ste. 104
Chantilly, VA 20151


Winchester Sprinkler LLC
44900 Acacia Ln., Ste. 106
Sterling, VA 20166


WindowsSolutions LLC
18 Brookstone Ct.
Lutherville, MD 21093


Woodlands Land Project, LLC
416 E Main St., #301
Charlottesville, VA 22902


Worldwide Express-DC
PO Box 21272
New York, NY 10087

```
Z-Best Wallcoverings, Inc.
10641A Trinity Church Rd.
Charlotte Hall, MD 20622
```

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Lansdowne Construction LLC**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Lansdowne Construction LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 15, 2018**

Date

**/s/ Jeffery T. Martin, Jr.**

**Jeffery T. Martin, Jr. 71860**

Signature of Attorney or Litigant

Counsel for  **Lansdowne Construction LLC**

**Henry & O'Donnell, PC**
**300 N. Washington Street**
**Suite 204**
**Alexandria, VA 22314**
**(703)548-2100 Fax:(703)548-2105**
**jtm@henrylaw.com**

## United States Bankruptcy Court
### Eastern District of Virginia

In re __Lansdowne Construction LLC__                                         Case No. _____

                                        Debtor(s)            Chapter  __7__  _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Ralph Dietze**, declare under penalty of perjury that I am the **Member/Manager** of **Lansdowne Construction LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said corporation at a special meeting duly called and held on the __15th__ day of __May__ , 20 __18__ .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ralph Dietze**, **Member/Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ralph Dietze, Member/Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ralph Dietze, Member/Manager** of this Corporation is authorized and directed to employ **Jeffery T. Martin, Jr. 71860**, attorney and the law firm of **Henry & O'Donnell, PC** to represent the corporation in such bankruptcy case."

Date **May 15, 2018**                    Signed  **/s/ Ralph Dietze**
                                                **Ralph Dietze**

Resolution of Board of Managers
of
**Lansdowne Construction LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ralph Dietze, Member/Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ralph Dietze, Member/Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ralph Dietze, Member/Manager** of this Corporation is authorized and directed to employ **Jeffery T. Martin, Jr. 71860**, attorney and the law firm of **Henry & O'Donnell, PC** to represent the corporation in such bankruptcy case.

Date  **May 15, 2018**                          Signed   /s/ Ralph Dietze

Date  **May 15, 2018**                          Signed