<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Lansdowne Construction LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | **18-11754** |

☐ Check if this is an
  amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 26, 2018**          X */s/ Ralph Dietze*
                                         Signature of individual signing on behalf of debtor

                                         **Ralph Dietze**
                                         Printed name

                                         **Member/Manager**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lansdowne Construction LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **18-11754**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $     **4,707,230.03**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $     **4,707,230.03**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **1,500,000.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     **57,983.73**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     **20,059,216.68**

4.  **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b    $     **21,617,200.41**

| Fill in this information to identify the case: |
| --- |
| Debtor name **Lansdowne Construction LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) **18-11754** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:          Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **United Bank** | **Checking** | **7386** | $221.50 |
| 3.2. | **United Bank** | **Savings** | **8932** | $19.20 |
| 3.3. | **United Bank** | **CD** | **1301** | $285,000.00 |
| 3.4. | **Eagle Bank** | **Checking** | | $810.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $286,050.70 |
   | --- |

### Part 2:          Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lansdowne Construction LLC** | Case number *(If known)* **18-11754** |
|---|---|---|
| | Name | |

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **3,814,481.45** - **1,922,797.82** = .... **$1,891,683.63**

face amount          doubtful or uncollectible accounts

11b. Over 90 days old: **1,429,895.05** - **1,133,371.06** =.... **$296,523.99**

face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$2,188,207.62**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Office supplies in closet** | | $0.00 | | $500.00 |

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

**$500.00**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

| Debtor | **Lansdowne Construction LLC** | Case number *(if known)* **18-11754** |
|---|---|---|
| | Name | |

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**3 televisions, 19 desks, 2 office tables, 31 office chairs, 2 conference tables, 1 small refrigerator, 4 leather chairs, 3 drafting tables** | **$8,920.00** | | **$8,920.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers** | **$500.00** | | **$500.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1. **Pictures** | **$200.00** | | **$200.00** |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | **$9,620.00** |
|---|---|---|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| Debtor | **Lansdowne Construction LLC** | | Case number *(If known)*  **18-11754** | |
|---|---|---|---|---|
| | Name | | | |

| 47.1. | **2016 Ford Transit Van** | $23,000.00 | **Kelly Blue Book** | $23,000.00 |
|---|---|---|---|---|

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.

     $23,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **TH Holdings, 1741 Business Center Drive, Reston, VA 20190** | **Office lease** | **$0.00** | | **$0.00** |

56.  **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

     $0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

| Debtor | **Lansdowne Construction LLC** | Case number *(If known)* **18-11754** |
|---|---|---|
| | Name | |

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Amounts owed by Ralph Dietze for former partner buyout and credit card reimbursement.** | $866,253.05 |
| | **Amounts owned by Lansdowne Construction IV, LLC to the Debtor for managment and other services** | $1,333,598.66 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $2,199,851.71 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Lansdowne Construction LLC** | Case number *(If known)* **18-11754** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$286,050.70** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$2,188,207.62** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$500.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$9,620.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$23,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$2,199,851.71** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$4,707,230.03** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$4,707,230.03** |

2:05 PM
05/24/18

## Lansdowne Construction, LLC
## A/R Aging Summary
### As of May 24, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **ADESA** | | | | | | |
| 216070 Adesa Building Addition | 0.00 | 0.00 | 0.00 | 637.62 | 0.00 | 637.62 |
| **Total ADESA** | 0.00 | 0.00 | 0.00 | 637.62 | 0.00 | 637.62 |
| **Amazon** | | | | | | |
| 217040 Amazon Material Lift | 0.00 | 0.00 | 56,492.17 | 0.00 | 0.00 | 56,492.17 |
| **Total Amazon** | 0.00 | 0.00 | 56,492.17 | 0.00 | 0.00 | 56,492.17 |
| **Congressional CC** | | | | | | |
| 216007 Congressional CC Tennis Facility | 0.00 | 0.00 | 0.00 | 0.00 | 97,280.88 | 97,280.88 |
| **Total Congressional CC** | 0.00 | 0.00 | 0.00 | 0.00 | 97,280.88 | 97,280.88 |
| **CoreSiteLLC** | | | | | | |
| 217005 CoreSite- STP-Phase 1 | 0.00 | 546,484.02 | 238,072.05 | 0.00 | 0.00 | 784,556.07 |
| **Total CoreSiteLLC** | 0.00 | 546,484.02 | 238,072.05 | 0.00 | 0.00 | 784,556.07 |
| **Cushman & Wakefield** | | | | | | |
| 217051 - PhishMe | 0.00 | 0.00 | 0.00 | 243,887.54 | 0.00 | 243,887.54 |
| **Total Cushman & Wakefield** | 0.00 | 0.00 | 0.00 | 243,887.54 | 0.00 | 243,887.54 |
| **Devon/Sterling, LLC & Devon Self Storage** | | | | | | |
| 217052 Devon Oil Tank Removal | 0.00 | 0.00 | 0.00 | 0.00 | 4,750.00 | 4,750.00 |
| **Total Devon/Sterling, LLC & Devon Self Storage** | 0.00 | 0.00 | 0.00 | 0.00 | 4,750.00 | 4,750.00 |
| **Ettington Park LLC** | | | | | | |
| 216016 Fairfax Christian School | 0.00 | 0.00 | 734,251.63 | 0.00 | 0.00 | 734,251.63 |
| **Total Ettington Park LLC** | 0.00 | 0.00 | 734,251.63 | 0.00 | 0.00 | 734,251.63 |
| **J2H Partners** | | | | | | |
| 216046 Machine Acquatics | 0.00 | 0.00 | 0.00 | 0.00 | 75,020.18 | 75,020.18 |
| **Total J2H Partners** | 0.00 | 0.00 | 0.00 | 0.00 | 75,020.18 | 75,020.18 |
| **Jones Lang LaSalle** | | | | | | |
| 216015 Woodlands of Charlottesville | 0.00 | 0.00 | 53,267.00 | 207,342.00 | 898,638.00 | 1,159,247.00 |
| 217037 National Student Clearinghouse | 0.00 | 0.00 | 77,973.80 | 155,077.81 | 0.00 | 233,051.61 |
| 217059 Professional Services Council | 0.00 | 0.00 | 0.00 | 84,554.27 | 0.00 | 84,554.27 |
| **Total Jones Lang LaSalle** | 0.00 | 0.00 | 131,240.80 | 446,974.08 | 898,638.00 | 1,476,852.88 |
| **Lerner** | | | | | | |
| 217013- WSQ Spec Suites 680 & 690 | 0.00 | 0.00 | 0.00 | 19,433.40 | 24,568.10 | 44,001.50 |
| 217023 - 1800 Tysons Stair Enclosure | 0.00 | 0.00 | 57,195.07 | 0.00 | 0.00 | 57,195.07 |
| 217054 1800 Tysons Blvd, Common Area Reno | 0.00 | 0.00 | 98,695.42 | 202,120.22 | 0.00 | 300,815.64 |

2:05 PM
05/24/18

## Lansdowne Construction, LLC
## A/R Aging Summary
### As of May 24, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 218003 Tower Oaks Artwork Guard Rail | 0.00 | 0.00 | 32,540.00 | 0.00 | 0.00 | 32,540.00 |
| **Total Lerner** | 0.00 | 0.00 | 188,430.49 | 221,553.62 | 24,568.10 | 434,552.21 |
| **Lincoln Property Company** | | | | | | |
| 217045 Qatar Foundation | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | 600.00 |
| 217046 1225 NY Ave. Elevator Lobby | 0.00 | 0.00 | 0.00 | 0.00 | 16,309.98 | 16,309.98 |
| **Total Lincoln Property Company** | 0.00 | 0.00 | 0.00 | 0.00 | 16,909.98 | 16,909.98 |
| **Long & Foster/Christies** | | | | | | |
| 217015 - Long & Foster @ Logan Circle | 0.00 | 0.00 | 0.00 | 0.00 | 7,183.00 | 7,183.00 |
| **Total Long & Foster/Christies** | 0.00 | 0.00 | 0.00 | 0.00 | 7,183.00 | 7,183.00 |
| **Manahattan Construction Co.** | | | | | | |
| 217066 Fitness & 5th Floor Fit-Out | 0.00 | 0.00 | 19,000.00 | 0.00 | 0.00 | 19,000.00 |
| **Total Manahattan Construction Co.** | 0.00 | 0.00 | 19,000.00 | 0.00 | 0.00 | 19,000.00 |
| **Old Brown,LLC** | | | | | | |
| 217061 Beyer Subaru | 0.00 | 71,002.67 | 0.00 | 0.00 | 0.00 | 71,002.67 |
| | 0.00 | 71,002.67 | 0.00 | 0.00 | 0.00 | 71,002.67 |
| **Peter Magellan** | | | | | | |
| 217026 - Intermarkets, Inc | 0.00 | 221,002.86 | 0.00 | 0.00 | 101,175.45 | 322,178.31 |
| **Total Peter Magellan** | 0.00 | 221,002.86 | 0.00 | 0.00 | 101,175.45 | 322,178.31 |
| **PF Partners, LLC** | | | | | | |
| 217010 - Planet Fitness | 0.00 | 0.00 | 83,946.56 | 0.00 | 0.00 | 83,946.56 |
| **Total PF Partners, LLC** | 0.00 | 0.00 | 83,946.56 | 0.00 | 0.00 | 83,946.56 |
| **Project Solutions** | | | | | | |
| 216058 Project Z | 0.00 | 0.00 | 0.00 | 0.00 | 45,881.42 | 45,881.42 |
| 217042 Moore Automotive | 0.00 | 0.00 | 0.00 | 0.00 | 10,045.00 | 10,045.00 |
| 218001 FCEDA | 0.00 | 0.00 | 109,150.71 | 0.00 | 0.00 | 109,150.71 |
| **Total Project Solutions** | 0.00 | 0.00 | 109,150.71 | 0.00 | 55,926.42 | 165,077.13 |
| **Public Works Department** | | | | | | |
| 217056 - Naval Academy Paint & Blast Shop | 0.00 | 0.00 | 0.00 | 22,656.18 | 30,208.24 | 52,864.42 |
| **Total Public Works Department** | 0.00 | 0.00 | 0.00 | 22,656.18 | 30,208.24 | 52,864.42 |
| **Rosner Automotive Group** | | | | | | |
| 216037 Stafford Toyota | 0.00 | 0.00 | 372,373.86 | 0.00 | 0.00 | 372,373.86 |
| **Total Rosner Automotive Group** | 0.00 | 0.00 | 372,373.86 | 0.00 | 0.00 | 372,373.86 |
| **Roux Associates, Inc** | | | | | | |

2:05 PM
05/24/18

# Lansdowne Construction, LLC
## A/R Aging Summary
### As of May 24, 2018

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 218002 Tele/Data Install | 0.00 | 0.00 | 0.00 | 5,160.00 | 0.00 | 5,160.00 |
| **Total Roux Associates, Inc** | 0.00 | 0.00 | 0.00 | 5,160.00 | 0.00 | 5,160.00 |
| **Tishman Speyer** |  |  |  |  |  |  |
| 217065 Roof Terrace Renovation | 0.00 | 0.00 | 35,454.56 | 0.00 | 0.00 | 35,454.56 |
| **Total Tishman Speyer** | 0.00 | 0.00 | 35,454.56 | 0.00 | 0.00 | 35,454.56 |
| **Tower Companies** |  |  |  |  |  |  |
| 217058 Blair Shop's Facade | 0.00 | 0.00 | 0.00 | 0.00 | 118,234.80 | 118,234.80 |
| **Total Tower Companies** | 0.00 | 0.00 | 0.00 | 0.00 | 118,234.80 | 118,234.80 |
| **Valerie Campbell / Blue Ridge Veterinary** |  |  |  |  |  |  |
| 217024 - Blue Ridge Vet Clinic | 0.00 | 0.00 | 0.00 | 26,920.10 | 0.00 | 26,920.10 |
| **Total Valerie Campbell / Blue Ridge Veterinary** | 0.00 | 0.00 | 0.00 | 26,920.10 | 0.00 | 26,920.10 |
| **Verint Americas Inc** |  |  |  |  |  |  |
| 218005 Verint | 0.00 | 12,869.83 | 0.00 | 26,920.10 | 0.00 | 39,789.93 |
| **Total Verint Americas Inc** | 0.00 | 12,869.83 | 0.00 | 26,920.10 | 0.00 | 39,789.93 |
| **TOTAL** | 0.00 | 851,359.38 | 1,968,412.83 | 994,709.24 | 1,429,895.05 | 5,244,376.50 |

**Fill in this information to identify the case:**

Debtor name  **Lansdowne Construction LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)  **18-11754**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **United Bank** | Describe debtor's property that is subject to a lien | $1,500,000.00 | $1,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**14201 Sullyfield Circle**
**Suite 500**
**Chantilly, VA 20151**

**Line of Credit**

Creditor's mailing address

**Describe the lien**
**Blanket lien on all assets**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2017-2/2018**
**Last 4 digits of account number**
**0690**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,500,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Lansdowne Construction LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **18-11754**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
■ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Albermarle County**<br>**401 McIntire Rd.**<br>**Charlottesville, VA 22902** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,651.73 | $21,651.73 |
| | Date or dates debt was incurred<br>**2017-2018** | Basis for the claim:<br>**Unpaid taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Arlington County**<br>**PO Box 1757**<br>**Merrifield, VA 22116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,995.17 | $1,995.17 |
| | Date or dates debt was incurred<br>**2017-2018** | Basis for the claim:<br>**Unpaid Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $453.86 | $453.86 |
|---|---|---|---|---|

**City of Alexandria**
**PO Box 34850**
**Alexandria, VA 22334**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017-2018** | **Unpaid taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.37 | $388.37 |
|---|---|---|---|---|

**City of Fairfax**
**10455 Armstrong St. #300**
**Fairfax, VA 22003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017-2018** | **Unpaid taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|---|---|---|---|---|

**City of Fredericksburg**
**PO Box 644**
**Fredericksburg, VA 22404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017-2018** | **Unpaid taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,760.00 | $2,760.00 |
|---|---|---|---|---|

**Commission of Revenue**
**GreeneCo**
**PO Box 438**
**Stanardsville, VA 22973**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017-2018** | **Unpaid taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,230.00** | **$3,230.00** |
|---|---|---|---|---|

**Comptroller of Maryland**
**110 Carroll St.**
**Annapolis, MD 21411-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017-2018**

Basis for the claim:
**Unpaid taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$27,264.60** | **$27,264.60** |
|---|---|---|---|---|

**County of Fairfax**
**PO Box 10203**
**Fairfax, VA 22035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017-2018**

Basis for the claim:
**Unpaid taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,115.00** |
|---|---|---|---|

**A & M Fire Protection, LLC**
**PO Box 44365**
**Nottingham, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,927.00** |
|---|---|---|---|

**A Capital Electric Svcs, LLC**
**8716 Little River Turnpike**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,306.00** |
|---|---|---|---|

**A&A Fence A&A Const Svcs**
**9319 Mike Garcia Dr.**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,482.71** |
|---|---|---|---|

**A&E Plumbing Inc.**
**10448 Business Center Ct.**
**Manassas, VA 20110**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,453.08** |
|---|---|---|---|

**A. Interior Systems LLC**
**25 Turner Dr.**
**Stafford, VA 22556**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195,514.23** |
|---|---|---|---|

**AA Painting & Drywall Inc.**
**1458 Carrington Ridge Ln.**
**Vienna, VA 22182**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**ABG Caulking & Waterproofing**
**PO Box 1757**
**Morristown, TN 37816**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,679.80** |
|---|---|---|---|

**Accessible Consruction Supply**
**4275 Hunting Creek Rd.**
**Huntingtown, MD 20639**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,202.04** |
|---|---|---|---|

**Ace Temporaries Inc.**
**PO Box 13188**
**Milwaukee, WI 53213-0188**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,868.12** |
|---|---|---|---|

**ACM Services, Inc.**
**12022 Parklawn Dr.**
**Rockville, MD 20852**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | | Case number (if known) | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$681.47** |
|---|---|---|---|

**Action Safe & Lock Inc.**
**2218 N. Roosevelt St.**
**Arlington, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,984.92** |
|---|---|---|---|

**Acton Mobile Industries LLC**
**PO Box 758689**
**Baltimore, MD 21275-8689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,988.50** |
|---|---|---|---|

**Advanced Caulking & Waterproof**
**2817-N Dorr Ave.**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151,569.14** |
|---|---|---|---|

**Advanced Equipment Co Inc.**
**236 Westhampton Ave.**
**Capitol Heights, MD 20743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98,264.50** |
|---|---|---|---|

**AIM Mechanical & Plumbing**
**23475 Rock Haven Way**
**Unit 115**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,482.83** |
|---|---|---|---|

**Akers Fire Protection**
**7205 Telegraph Sq. Dr.**
**Lorton, VA 22079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,795.19** |
|---|---|---|---|

**All Phase Drywall Inc.**
**4475 Regency Pl., Ste. 302**
**White Plains, MD 20695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | | Case number (if known) | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,718,014.00** |
|---|---|---|---|

**Allegheny Casualty Co**
c/o Kathleen Maloney
2570 Blvd of the Generals #125
Norristown, PA 19403

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Surety bond**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,027.97** |
|---|---|---|---|

**Allied Portable Toilets, LLC**
PO Box 939
Crozet, VA 22932

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$421.05** |
|---|---|---|---|

**Allied Trailers Sales & Rental**
PO Box 427
Savage, MD 20763

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,648.20** |
|---|---|---|---|

**Amelia Overhead Doors**
15388 Patrick Henry Hwy
Amelia Court House, VA 23002

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,115.25** |
|---|---|---|---|

**American Bldg Specialties Corp**
10210 Marsh Rd.
Bldg. #2
Bealeton, VA 22712

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,912.88** |
|---|---|---|---|

**American Disposal Services**
PO Box 1326
Centreville, VA 20122-8326

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,453.50** |
|---|---|---|---|

**American Glassworx**
11607 Maryland Ave.
Beltsville, MD 20705

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**Americode Code Consultants**
**PO Box 804**
**Bristow, VA 20136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,851.24 |

**Angel Central Concrete**
**PO Box 544**
**Fredericksburg, VA 22404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,462.48 |

**Apex Billing Solutions**
**PO Box 1537**
**Columbus, GA 31902-1537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,295.00 |

**Aqua Port Watertanker Svc LLC**
**583 Clark's Tract**
**Keswick, VA 22947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,741.00 |

**Aqua Terra**
**PO Box 8266**
**Charlottesville, VA 22906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,119.00 |

**Arbon Equipment Corp**
**c/o Rite-Hite Co, LLC**
**8900 N. Arbon Dr.**
**Milwaukee, WI 53223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,255.72 |

**ARC Document Solutions**
**9130 Red Branch Rd.**
**Ste. P**
**Columbia, MD 21045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,532.50**

**Architectural Mall, Inc.**
**642 W. Winthrop Ave.**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:**  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Area Access, Inc.**
**7131 Gateway Ct.**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:**  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,128.00**

**Artelye Marble & Granite**
**10116 Bacon Dr.**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:**  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,599.80**

**Ashland Equipment Inc.**
**1324 Brass Mill Rd.**
**Belcamp, MD 21017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:**  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,873.10**

**Atlantic Sun Control, Inc.**
**8621 Quarry Rd.**
**Manassas, VA 20110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:**  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,211.50**

**B & A Tub Savers**
**3901 Presidents Rd.**
**Scottsville, VA 24590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:**  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,847.00**

**B & M International Steel Co.**
**15161 C Washington St.**
**Haymarket, VA 20168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:**  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Lansdowne Construction LLC** | | Case number (if known) | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324,370.30 |
|---|---|---|---|

**Bailey & Shipp Electric**
8229 Cloverleaf Dr.
Ste. 460
Millersville, MD 21108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,893.24 |
|---|---|---|---|

**Baird Concrete Corp**
PO Box 5817
Fredericksburg, VA 22403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Baltimore Canvas Products Inc.**
2861 W. Franklin St.
Baltimore, MD 21223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Baltimore Waterproofing Inc.**
PO Box 72717
Baltimore, MD 21237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Bartley Corp.**
PO Box 1299
Ashton, MD 20861

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,700.00 |
|---|---|---|---|

**Battlefield Ford Culpepper**
10463 James Monroe Hwy.
Culpeper, VA 22701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,325.00 |
|---|---|---|---|

**Battlefield Roofing Company**
8713 Virginia Meadows Dr.
Ste. 201
Manassas, VA 20109-7826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$394,251.38** |
|---|---|---|---|

**Beck Developers LLC**
**Century Steel**
**45034 Underwood Ln. #201**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,110.56** |
|---|---|---|---|

**Beeler Brother Construction**
**419 Fox Ridge Dr., SW**
**Leesburg, VA 20175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,230.00** |
|---|---|---|---|

**Beitzell Fence Company**
**4665 Sudley Rd.**
**Catharpin, VA 20143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,077.11** |
|---|---|---|---|

**Berkeley MountaineerGlass&Door**
**412 W. Race St.**
**Martinsburg, WV 25401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,564.60** |
|---|---|---|---|

**BFPE International**
**PO Box 791045**
**Baltimore, MD 21079-1045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00** |
|---|---|---|---|

**Big Foot Welding, Inc.**
**8025 Lake Dr.**
**Manassas, VA 20111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,732.90** |
|---|---|---|---|

**BKY Electric Co, Inc.**
**23284 Meadowvale Glen Ct.**
**Dulles, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor **Lansdowne Construction LLC**
_____     Case number *(if known)*     **18-11754**
Name

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,625.00** |
|---|---|---|---|

**Blue Ridge Landscape & Design**
**172-12 Imboden Dr.**
**Winchester, VA 22603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65,819.39** |
|---|---|---|---|

**Bowman Consutling Group LTD**
**PO Box 222534**
**Chantilly, VA 20153-2534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,550.00** |
|---|---|---|---|

**BPI Mechanical, Inc.**
**9103 Hampton Overlook**
**Capitol Heights, MD 20743**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,035.00** |
|---|---|---|---|

**Bryant Group, Inc.**
**7891 Beechcraft Ave.**
**Gaithersburg, MD 20879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Builder Code Inspectors, LLC**
**1809 Warren Dr.**
**Woodbridge, VA 22191**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,379.13** |
|---|---|---|---|

**Builders First Source**
**PO Box 100932**
**Atlanta, GA 30384-0932**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$152.64** |
|---|---|---|---|

**Bunting Door & Hardware Co**
**6650 Busienss Parkway, Ste. C**
**Elkridge, MD 21075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Lansdowne Construction LLC** | Case number *(if known)* | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,086.21** |
|---|---|---|---|

**Cabcraft Interiors**
**534 Thompson Creek Rd.**
**Stevensville, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:** **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$725.00** |
|---|---|---|---|

**Cameron Drilling Co., Inc.**
**12500 Washington Ave**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:** **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$68,804.54** |
|---|---|---|---|

**Capital City Flooring**
**1508 Moran Rd.**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:** **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,607.00** |
|---|---|---|---|

**Capital Iron Solutions, Inc.**
**14650 Southlawn Ln.**
**Ste. 16**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:** **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**Capital Paving & Sealcoating**
**8571 Briar Patch Dr.**
**Denton, MD 21629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:** **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85,085.00** |
|---|---|---|---|

**Capital Welding Inc.**
**One Carnegie Ct.**
**Waldorf, MD 20602-2723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:** **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,535.00** |
|---|---|---|---|

**Capitol Finishes Inc.**
**9601 Pulaski Park Dr.**
**Ste. 414**
**Baltimore, MD 21220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:** **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$206,697.15** |
|---|---|---|---|

**Capstone Contractors Inc.**
**13020 St. Clair Rd.**
**Clarksburg, MD 20871**

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,925.00** |
|---|---|---|---|

**Cardinal Survey & Design PLC**
**156 Strawberry Plains Rd.**
**Ste. D**
**Williamsburg, VA 23188**

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,378.10** |
|---|---|---|---|

**Caulking Applicators Inc**
**PO Box 508**
**Lorton, VA 22199**

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,908.36** |
|---|---|---|---|

**Cavalier Container, LLC**
**2316 Highland Ave.**
**Charlottesville, VA 22903**

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,282.50** |
|---|---|---|---|

**Century Contracting Corp.**
**8394 D Terminal Rd.**
**Lorton, VA 22079**

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,827.54** |
|---|---|---|---|

**Chesapeake Bldg Components Inc**
**PO Box 2090**
**Easton, MD 21601**

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,822.50** |
|---|---|---|---|

**Chesapeake Sprinkler Co.**
**1913-B Betson Ct.**
**Odenton, MD 21113**

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Christopher Consultants**<br>**99000 Main St., Ste. 400**<br>**Fairfax, VA 22031-3907** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$586.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **2017-2018** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Cluster's Custom Painting Svcs**<br>**328 Bullitt Ave., S.E.**<br>**Roanoke, VA 24013** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$636.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **2017-2018** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Clyde E. Smith, Inc.**<br>**2100**<br>**Fox Hunt Dr.**<br>**Troy, VA 22974** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$129,716.80** |
|---|---|---|---|
| | Date(s) debt was incurred  **2017-2018** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Colony Hardware Corp.**<br>**PO Box 21216**<br>**New York, NY 10087-1216** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,998.64** |
|---|---|---|---|
| | Date(s) debt was incurred  **2017-2018** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Comdore, LLC**<br>**2810 Merrilee Dr., Unit E**<br>**Fairfax, VA 22031** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$81,977.71** |
|---|---|---|---|
| | Date(s) debt was incurred  **2017-2018** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Commercial Plus FireProtection**<br>**7937 Penn Randall Pl., Ste. C**<br>**Upper Marlboro, MD 20772** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,475.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **2017-2018** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Commerical Scapes Inc.**<br>**11725 Bristow Rd.**<br>**Bristow, VA 20136** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$878.50** |
|---|---|---|---|
| | Date(s) debt was incurred  **2017-2018** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,272.50** |

**Concrete Imaging**
**10005 Good Luck Rd.**
**Glenndale, MD 20769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$253,504.97** |

**Contract Carpet Systems**
**10212 Southard Dr.**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,412.43** |

**Control Tec Inc.**
**3242 Esther Pl.**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$850.00** |

**Crider's Finishing, Inc.**
**21641 Beaumeade Cir.**
**Ste. 317**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52,955.30** |

**Cynergy Systems Inc.**
**1851 Chespark Dr.**
**Gastonia, NC 28052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,653.52** |

**Dad's Discount Appliance Dist.**
**6636 Virginia Manor Rd.**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,000.00** |

**Datawatch Systems, Inc.**
**4520 East West Hwy., Ste. 200**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$709,687.51** |
|---|---|---|---|

**Davenport & Valley Insulation**
**1345 New Hope Rd.**
**Waynesboro, VA 22980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,510.00** |
|---|---|---|---|

**Davenport Commerical**
**7477 Mason King Ct.**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,777.26** |
|---|---|---|---|

**DBS Roofing**
**PO Box 1385**
**Newington, VA 22122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$254,672.28** |
|---|---|---|---|

**DC Mechanical, LLC**
**21641 Beaumeade Cir.**
**Ste. 315**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,655.00** |
|---|---|---|---|

**Del-Ray Contract Glazing, LLC**
**6621 Richmond Hwy.**
**Alexandria, VA 22306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Delaware Elevator, Inc.**
**2210 Allen Dr.**
**Salisbury, MD 21801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,573.80** |
|---|---|---|---|

**Delta Painting**
**6594 Commerce Ct.**
**Warrenton, VA 20187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Lansdowne Construction LLC** | | Case number *(if known)* | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$517,345.50**

**Design Glazing Concepts LLC**
**21595 Cedar Ln.**
**Unit A**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,773.00**

**Designs by Mary Beiter**
**1091 Collegeville Rd.**
**Collegeville, PA 19426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,006.72**

**DHive**
**10001 Windstream Dr., Ste. 606**
**Columbia, MD 21044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$378,709.00**

**Digs Inc.**
**PO Box 31**
**1030 Linden Ave.**
**Charlottesville, VA 22902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$121,159.86**

**Dimensional Marble & Tile**
**15932 Derwood Rd.**
**Derwood, MD 20855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.16**

**Dominion Energy**
**PO Box 26543**
**Richmond, VA 23290-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$144,528.00**

**Dominion Millwork Co., Inc.**
**7910 Notes Dr.**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.85** |
|---|---|---|---|

**Don's Johns**
PO Box 824731
Philadelphia, PA 19182-4731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$467.00** |
|---|---|---|---|

**Dos Amigos Landscaping**
2680 Meriwether Dr.
Charlottesville, VA 22901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,428.89** |
|---|---|---|---|

**DuVall Paint Contractors, LLC**
8964 Garcia Dr.
Manassas, VA 20109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,145.00** |
|---|---|---|---|

**E. M. Turner ConstructionOfMD**
11143 Rich Meadow Dr.
Great Falls, VA 22066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$241,932.89** |
|---|---|---|---|

**E.A. Holsten, Inc.**
PO Box 26808
Richmond, VA 23261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,563.00** |
|---|---|---|---|

**East Coast Masonry**
30 Whipering Pines Ln.
Stafford, VA 22556

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,615.87** |
|---|---|---|---|

**Eastern Elevator Company**
141 Muskoka Ct.
Winchester, VA 22602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | | Case number (if known) | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,915.50** |
|---|---|---|---|
| | **ECS Mid-Atlantic, LLC**<br>**14026 Thunderbolt Pl.**<br>**Ste. 100**<br>**Chantilly, VA 20151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | Basis for the claim: **Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110,224.40** |
|---|---|---|---|
| | **Eisen Woodwork, Inc.**<br>**KS Custom Cabinet Co.**<br>**12818 Livingston Rd.**<br>**Manassas, VA 20109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | Basis for the claim: **Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$382,630.30** |
|---|---|---|---|
| | **Electrical Systems & Svcs, Inc**<br>**7879 Cessna Ave.**<br>**Gaithersburg, MD 20879** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | Basis for the claim: **Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,715.00** |
|---|---|---|---|
| | **Elevator Control Service**<br>**8231 Penn Randall Pl.**<br>**Upper Marlboro, MD 20772** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | Basis for the claim: **Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,119.40** |
|---|---|---|---|
| | **Elite Assemble Management**<br>**14117 Vintage Ln.**<br>**Accokeek, MD 20607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | Basis for the claim: **Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,218.93** |
|---|---|---|---|
| | **Elite Enterprises Inc.**<br>**PO Box 220**<br>**La Plata, MD 20646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | Basis for the claim: **Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,248.78** |
|---|---|---|---|
| | **Elkins Painting & Wallcovering**<br>**111B Carpenter Dr.**<br>**Sterling, VA 20164** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | Basis for the claim: **Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,465.00** |
|---|---|---|---|

**EM Millwork Inc.**
**7911 Westpark Dr.**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,560.00** |
|---|---|---|---|

**Envision Glass Company**
**9104 Manassas Dr.**
**Unit R**
**Manassas, VA 20111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,837.13** |
|---|---|---|---|

**Europa Stone, LLC**
**13888 Redskin Dr.**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,171.00** |
|---|---|---|---|

**Executive Glass Services Inc.**
**PO Box 9**
**Sterling, VA 20167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,751.50** |
|---|---|---|---|

**Extinguish Fire Corp.**
**1120 International Pkwy.**
**Ste. 117**
**Fredericksburg, VA 22406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$230.86** |
|---|---|---|---|

**Ferrellgas**
**PO Box 173940**
**Denver, CO 80217-3940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,706.45** |
|---|---|---|---|

**Finley Asphalt & Sealing Inc.**
**PO Box 1710**
**Manassas, VA 20108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Lansdowne Construction LLC** | | Case number (if known) | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,361.90 |
|---|---|---|---|

**Fire & Life Safety - Richmond**
3017 Vernon Rd.
Ste. 100
Richmond, VA 23228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017-2018__

**Basis for the claim:** __Trade payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,342.50 |
|---|---|---|---|

**Fireplace Solutions**
13874 Park Center Rd.
Herndon, VA 20171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017-2018__

**Basis for the claim:** __Trade payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,676.80 |
|---|---|---|---|

**Five Star Septic, Inc.**
45910 Transamerica Plaza
Ste. 103
Sterling, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017-2018__

**Basis for the claim:** __Trade payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,983.80 |
|---|---|---|---|

**Flynn Mid-Atlantic**
5200 Raynor Ave.
Linthicum Heights, MD 21090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017-2018__

**Basis for the claim:** __Trade payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,027.34 |
|---|---|---|---|

**Francis O. Day Co.**
850 E. Gude Dr., Ste. A
Rockville, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017-2018__

**Basis for the claim:** __Trade payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,285.40 |
|---|---|---|---|

**Fred's Best LLC**
1934 Old Gallows Rd.
Ste. 350
Vienna, VA 22182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017-2018__

**Basis for the claim:** __Trade payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,700.00 |
|---|---|---|---|

**G.A. Largent & Assoc.**
91 Oakman Ln.
Ridgeley, WV 26753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017-2018__

**Basis for the claim:** __Trade payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

**3.130** | Nonpriority creditor's name and mailing address

**G.D. Laminates**
**1010 N. Chester St.**
**Baltimore, MD 21205**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,405.00**

---

**3.131** | Nonpriority creditor's name and mailing address

**Garnett Refigeration Inc.**
**9821 Courthouse Rd.**
**Spotsylvania, VA 22553**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,356.00**

---

**3.132** | Nonpriority creditor's name and mailing address

**GB Shades LLC**
**20 Southlaw Ct., Ste. C**
**Rockville, MD 20850**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,445.00**

---

**3.133** | Nonpriority creditor's name and mailing address

**Global Glass & Film, LLC**
**8005 Homfield Dr.**
**Hyattsville, MD 20785**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,125.00**

---

**3.134** | Nonpriority creditor's name and mailing address

**Goff Electrical Systems, LLC**
**4500 Printers Ct.**
**White Plains, MD 20695**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$56,375.00**

---

**3.135** | Nonpriority creditor's name and mailing address

**Goode Refigeration Inc.**
**12289 Livingston Rd.**
**Manassas, VA 20109**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,940.00**

---

**3.136** | Nonpriority creditor's name and mailing address

**Granite & Marble Express, Inc.**
**14154 Mariah Ct.**
**Chantilly, VA 20151**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,320.00**

---

| Debtor | **Lansdowne Construction LLC** | Case number *(if known)* | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,582.50** |
|---|---|---|---|

**Greco Masonry**
**6315 Hopewell Rd.**
**The Plains, VA 20198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,246.30** |
|---|---|---|---|

**GreenEdge Commerical Interiors**
**921 North Lebanon St.**
**Arlington, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,817.50** |
|---|---|---|---|

**GTB Enterprises Inc.**
**dba Paintworx**
**PO Box 1383**
**Ashburn, VA 20146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00** |
|---|---|---|---|

**Hallmark Iron Works Inc.**
**8399 Paris St.**
**Newington, VA 22122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,665.56** |
|---|---|---|---|

**HAVA Tech Inc.**
**14210 Sullyfield Cir.**
**Ste. C**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,429.00** |
|---|---|---|---|

**Hawkeye Exteriors Inc.**
**11900 Livingston Rd., Ste. 113**
**Manassas, VA 20110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,095.99** |
|---|---|---|---|

**HercRentals, Inc.**
**PO Bxo 650280**
**Dallas, TX 75265-0280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number *(if known)* | **18-11754** |
|---|---|---|---|
| | Name | | |

---

**3.144** | Nonpriority creditor's name and mailing address

**Hercules Fence Co.**
**8194 Euclid Ave.**
**Manassas Park, VA 20111**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$6,103.13**

---

**3.145** | Nonpriority creditor's name and mailing address

**Heritage Stone & Tile Inc.**
**15133 Marlboro Pike**
**Upper Marlboro, MD 20772**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$20,813.30**

---

**3.146** | Nonpriority creditor's name and mailing address

**Hollman**
**1825 W. Walnut Ln.**
**Irving, TX 75038**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$51,500.00**

---

**3.147** | Nonpriority creditor's name and mailing address

**Holtzman Oil Corp.**
**PO Box 8**
**Mount Jackson, VA 22842**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$650.68**

---

**3.148** | Nonpriority creditor's name and mailing address

**Houston Starr Co.**
**300 Brushton Ave.**
**Pittsburgh, PA 15221**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$24,587.56**

---

**3.149** | Nonpriority creditor's name and mailing address

**Hurricane Fence Co.**
**PO Bo x 27527**
**Richmond, VA 23261-7527**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$21,900.00**

---

**3.150** | Nonpriority creditor's name and mailing address

**HVAC Precision Svcs, Inc.**
**7610 Lindbergh Dr.**
**Gaithersburg, MD 20878-5404**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$55,495.00**

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143,824.70** |
|---|---|---|---|

**IE&J CMD. Co. LLC**
**7646 Fullerton Rd., Unit E**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,323.69** |
|---|---|---|---|

**IKOR Co. Inc.**
**12000 Indian Creek Ct., Ste. B**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,580.00** |
|---|---|---|---|

**Imperial Stone Paving Corp.**
**7020 Troy Hill Dr., Ste. C-E**
**Elkridge, MD 21075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,597.00** |
|---|---|---|---|

**Interior Bldg Systems Co.**
**IBS Millwork Corp.**
**8501 Buckeye Timber Dr.**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.12** |
|---|---|---|---|

**IPS Contracting Svcs**
**6900 Bownel Ave.**
**Baltimore, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,249.39** |
|---|---|---|---|

**J & D Mechanical**
**6585 Merchant Pl., Ste. 308**
**Warrenton, VA 20187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,975.00** |
|---|---|---|---|

**James River Nurseries LLC**
**13244 Ashland Rd.**
**Ashland, VA 23005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | | Case number (if known) | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

---

**3.158**

**Nonpriority creditor's name and mailing address**

**JB Custom Welding**
**25476 Freda Ln.**
**South Riding, VA 20152**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.159**

**Nonpriority creditor's name and mailing address**

**JC Roman Construction Co LLC**
**c/o Cindy Elkins**
**9101 Mike Garcia Dr.**
**Manassas, VA 20109**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$26,657.19**

---

**3.160**

**Nonpriority creditor's name and mailing address**

**JL Interior Elements**
**1232 4th St., N.E.**
**Washington, DC 20002**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$1,160.60**

---

**3.161**

**Nonpriority creditor's name and mailing address**

**JoRon Hawley**
**Get Wired Electric**
**101 Hayfield Ct.**
**La Plata, MD 20646**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$5,520.17**

---

**3.162**

**Nonpriority creditor's name and mailing address**

**K & B Plumbing & Heating Inc.**
**7411 Lindbergh Dr., #A**
**Gaithersburg, MD 20879**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$83,564.25**

---

**3.163**

**Nonpriority creditor's name and mailing address**

**K & K Sheet Metal**
**8390-G Terminal Rd.**
**Lorton, VA 22079**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$45,375.00**

---

**3.164**

**Nonpriority creditor's name and mailing address**

**KAHNCO, LLC**
**PO Box 3025**
**Staunton, VA 24402**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

**$286,169.65**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$298.00**

**Kalkreuth Roofing & SheetMetal**
**53 14th St., Ste. 100**
**Wheeling, WV 26003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,106.31**

**Kalothia Cabling**
**1301 Moran Rd.**
**Dulles, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166,142.50**

**Kensington Glass Arts Inc.**
**2194 Urbana Pike**
**Ijamsville, MD 21754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215.00**

**Keystone Concrete Masonry**
**7880 Backlick Rd., Number 4**
**Springfield, VA 22152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,500.00**

**Kidwell Fencing & Home Improv.**
**136-5 Musket Dr.**
**Winchester, VA 22602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,064.89**

**KMN Sheet Metal Inc.**
**7400 Boston Blvd.**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,693.07**

**KT Enterprises, Inc.**
**8040 Industrial Park Ct.**
**Bristow, VA 20136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | | Case number (if known) | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

---

**3.172** | Nonpriority creditor's name and mailing address

**Labor Finders of Virginia**
**PO Box 785**
**Manassas, VA 20113-0785**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☐ No  ☐ Yes

**$33,768.06**

---

**3.173** | Nonpriority creditor's name and mailing address

**Langhorne Concrete Const.**
**9353 Mike Garcia Dr.**
**Manassas, VA 20109**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,420.00**

---

**3.174** | Nonpriority creditor's name and mailing address

**Lansdowne Construction IV, LLC**
**1741 Business Center Dr.**
**Ste. 120**
**Reston, VA 20190**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☐ No  ☐ Yes

**$10,000.00**

---

**3.175** | Nonpriority creditor's name and mailing address

**Levine & Associates, PLLC**
**5311 Lee Highway**
**Arlington, VA 22207**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid legal fees**

Is the claim subject to offset? ☐ No  ☐ Yes

**$22,885.00**

---

**3.176** | Nonpriority creditor's name and mailing address

**Long Fence Co**
**1910 Betson Ct.**
**Odenton, MD 21113**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☐ No  ☐ Yes

**$10,145.25**

---

**3.177** | Nonpriority creditor's name and mailing address

**Lotus Bldg Svcs**
**& VA Tile Co.**
**44330 Mercure Cir. Ste. 100D**
**Dulles, VA 20165-2023**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,263.50**

---

**3.178** | Nonpriority creditor's name and mailing address

**Lotus Bldg Svcs, LLC**
**44330 Mercure Cir., Ste. 100D**
**Sterling, VA 20166**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

| Debtor | **Lansdowne Construction LLC** | | Case number (if known) | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,798.81** |
|---|---|---|---|
| | **Loudoun Stairs**<br>**341 N. Maple Ave.**<br>**Purcellville, VA 20132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:  Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00** |
|---|---|---|---|
| | **Loudoun Water**<br>**PO Box 4000**<br>**Ashburn, VA 20146-2591** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:  Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,715.00** |
|---|---|---|---|
| | **M & N Industries, Inc.**<br>**dba Crossroads Iron Works**<br>**10380 James Madison Hwy.**<br>**Gordonsville, VA 22942** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:  Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,225.60** |
|---|---|---|---|
| | **M & V Demolition LLC**<br>**PO Box 9662**<br>**Silver Spring, MD 20916** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:  Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,475.92** |
|---|---|---|---|
| | **MAG Resources, LLC**<br>**PO Box 590**<br>**Barberton, OH 44203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:  Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,920.00** |
|---|---|---|---|
| | **Magnolia Plumbing, Inc.**<br>**600 Gallatin St., N.E.**<br>**Washington, DC 20017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:  Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$307,679.00** |
|---|---|---|---|
| | **Makson, Inc.**<br>**PO box 4197**<br>**Salisbury, NC 28145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:  Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Lansdowne Construction LLC** | | Case number (if known) | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158,381.28** |
|---|---|---|---|

**Master Builders Construction**
**27 McWhirt Loop**
**Ste. 107**
**Fredericksburg, VA 22406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,585.00** |
|---|---|---|---|

**Max Floors, Inc.**
**4016 Arcadia Dr.**
**Alexandria, VA 22312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,983.00** |
|---|---|---|---|

**McClary Tile, Inc.**
**5918 Farrington Ave.**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,184.30** |
|---|---|---|---|

**Merical Electrical Contractors**
**6411 SW Crain Highway**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,486.62** |
|---|---|---|---|

**Merrifield Granite & Marble**
**8536 Terminal Rd., Unit C**
**Lorton, VA 22079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,026.50** |
|---|---|---|---|

**Metro Stone Works LLC**
**9115 Digital Dr., Unit 12**
**Manassas Park, VA 20111-8275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,860.20** |
|---|---|---|---|

**Metropolitan Fire Protection**
**7179 Old Alexandria Ferry Rd**
**Clinton, MD 20735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,946.50** |
|---|---|---|---|

**Metropolitan Property Mgmt.**
**120 East Broad St., Ste. A**
**Falls Church, VA 22046**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,928.27** |
|---|---|---|---|

**Mid Atlantic Diversified Const**
**8310 Edgewood Church Rd.**
**Frederick, MD 21702**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$154,933.97** |
|---|---|---|---|

**Mike Berger Inc.**
**7800 Progress Ct.**
**Gainesville, VA 20155**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,474.00** |
|---|---|---|---|

**Mike's Glass & Mirror Co.**
**PO Box 426**
**Orange, VA 22960**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$950.00** |
|---|---|---|---|

**Mileham & King Inc.**
**15748 Crabbs Branch Way**
**Rockville, MD 20855**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,122.50** |
|---|---|---|---|

**Modern Door & Equip. Sales,Inc**
**4301 Charles Crossing Dr.**
**White Plains, MD 20695**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,450.00** |
|---|---|---|---|

**MTD Erectors Inc.**
**PO Box 47**
**Thurmont, MD 21788**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | | Case number (if known) | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,837.18** |
|---|---|---|---|
| | **Murphy's Mechanical Svcs** | ☐ Contingent | |
| | **21750 Red Rum Dr.** | ☐ Unliquidated | |
| | **Ste. 122** | ☐ Disputed | |
| | **Ashburn, VA 20147** | | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,541.43** |
|---|---|---|---|
| | **MV & Son Masonry LLC** | ☐ Contingent | |
| | **PO Box 12270** | ☐ Unliquidated | |
| | **Burke, VA 22009** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$103,169.25** |
|---|---|---|---|
| | **N&E Plumbing LLC** | ☐ Contingent | |
| | **2335 W Longview Dr.** | ☐ Unliquidated | |
| | **Woodbridge, VA 22191** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,689.32** |
|---|---|---|---|
| | **Nation's Contractor Inc.** | ☐ Contingent | |
| | **14524-A Lee Rd.** | ☐ Unliquidated | |
| | **Ste. A** | ☐ Disputed | |
| | **Chantilly, VA 20151** | | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **National Deconstruction, Inc** | ☐ Contingent | |
| | **22530 Gateway Ctr Dr** | ☐ Unliquidated | |
| | **Ste. 300** | ☐ Disputed | |
| | **Clarksburg, MD 20871** | | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$142,961.00** |
|---|---|---|---|
| | **Naviaz Construction Co., Inc.** | ☐ Contingent | |
| | **9724 King George Dr.** | ☐ Unliquidated | |
| | **Manassas, VA 20109** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$475.00** |
|---|---|---|---|
| | **Neighoff & Sons, Inc.** | ☐ Contingent | |
| | **117 Holsum Way** | ☐ Unliquidated | |
| | **Glen Burnie, MD 21060** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Lansdowne Construction LLC** | Case number *(if known)* | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,386.50** |
|---|---|---|---|

**Nester Enterprises Inc.**
**20800 Ashburn Rd.**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,400.00** |
|---|---|---|---|

**Net6 Electric, Inc.**
**305 Washington Ave., Ste. 100**
**Towson, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,798.76** |
|---|---|---|---|

**Northeast Contracting Corp**
**7220 Lockport Pl.**
**Lorton, VA 22079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,087.00** |
|---|---|---|---|

**Northstar Fire Protection**
**21530 Blackwood Ct., Ste. 150**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,858.00** |
|---|---|---|---|

**Norwood Marble & Granite**
**3400 Windom Rd.**
**Brentwood, MD 20722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,878.00** |
|---|---|---|---|

**Nova Electrial Contractors LLC**
**16307 Alderwood Ln**
**Bowie, MD 20716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Office Janitorial Svcs, LLC**
**2465J-17 Centreville Rd.**
**Unit 767**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | | Case number (if known) | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49.50** |
|---|---|---|---|

**Omega Courier Inc.**
**PO Box 10282**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,500.00** |
|---|---|---|---|

**Orion Management, LLC**
**8003 Forbes Pl.**
**Springfield, VA 22151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,485.50** |
|---|---|---|---|

**Orndorff & Spaid**
**11722 Old Baltimore Pike**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,931.00** |
|---|---|---|---|

**Overhead Door - Baltimore**
**3501 Century Ave.**
**Baltimore, MD 21227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,905.70** |
|---|---|---|---|

**Overhead Door - WashingtonDC**
**6841 Distribution Dr.**
**Beltsville, MD 20705-1404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Park Structural**
**6002 Wendron Way**
**Alexandria, VA 22315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$228,335.65** |
|---|---|---|---|

**Partners Electric Svcs, Inc.**
**4857 Walden Ln.**
**Lanham, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,863.20** |
| --- | --- | --- | --- |

**Payne's Parking Designs Inc.**
**5313 Ritchie Rd.**
**Bealeton, VA 22712**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,095.00** |
| --- | --- | --- | --- |

**Penny Design Group**
**8120 Woodmont Ave., Ste. 410**
**Bethesda, MD 20814**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,942.52** |
| --- | --- | --- | --- |

**People Ready, Inc.**
**PO Box 820145**
**Philadelphia, PA 19182-0145**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,480.00** |
| --- | --- | --- | --- |

**Perfect LG Cleaning Corp.**
**11501 Tidewater Trl.**
**Fredericksburg, VA 22408**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,899.00** |
| --- | --- | --- | --- |

**Perlectric, Inc.**
**2711 Prosperity Ave., Ste. 30**
**Fairfax, VA 22031**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,075,970.97** |
| --- | --- | --- | --- |

**Peter A. Converse**
**4050 Lorcom Ln.**
**Arlington, VA 22207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **4/18/2018**

Basis for the claim:  **Letter of Credit**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00** |
| --- | --- | --- | --- |

**Peter Converse**
**4050 Lorcom Lane**
**Arlington, VA 22207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Money loaned**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No   ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number *(if known)* | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$147,799.18** |
|---|---|---|---|

**Philips Construction, LLC**
**3649 US Highway 41A**
**Henderson, KY 42420**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | | **$4,095.00** |
|---|---|---|---|

**Phoneix Fire Protection, Inc.**
**7901 Penn Randall Pl.**
**Upper Marlboro, MD 20772**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | | **$149,948.71** |
|---|---|---|---|

**Piedmont Pain & Finish LLC**
**1726 A Allied St., Ste. 2**
**Charlottesville, VA 22903**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | | **$36,720.00** |
|---|---|---|---|

**Piedmont Plumbing LLC**
**4224 Courthouse Rd.**
**Louisa, VA 23093**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | | **$1,875.00** |
|---|---|---|---|

**Poe Porcelain Repair, Inc.**
**9391 Shevlin Ct.**
**Nokesville, VA 20181**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | | **$30,619.50** |
|---|---|---|---|

**Portillo Construction Inc.**
**4220 University Dr.**
**Fairfax, VA 22030**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | | **$24,615.00** |
|---|---|---|---|

**Post-Construction Cleaning**
**by Ex-Zel**
**22863 Bryant Ct., Ste. 102**
**Sterling, VA 20166**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number *(if known)* | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105,893.63** |
|---|---|---|---|

**Potomac Architectural Milwork**
**15010 Farm Creek Dr., Ste. 100**
**Woodbridge, VA 22191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,055.00** |
|---|---|---|---|

**Potomac Waterproofing, Inc.**
**8195-B Euclid Dt.**
**Manassas, VA 20111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,367.64** |
|---|---|---|---|

**Precision Architectural Metals**
**5225 Kilmer Pl.**
**Hyattsville, MD 20781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,096.30** |
|---|---|---|---|

**Precision Doors & Hardware LLC**
**6295-80 Edsall Rd.**
**Alexandria, VA 22312-2670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,872.00** |
|---|---|---|---|

**Preferred Global, Inc.**
**PO Box 11588**
**Fort Wayne, IN 46858-1588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Primavera Pool Svcs, LLC**
**8116 Arlington Blvd., Ste. 118**
**Falls Church, VA 22042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,258.04** |
|---|---|---|---|

**Pro-Air, Inc.**
**1319 F St., N.W., Ste. 400**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| | | | |
|---|---|---|---|
| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,942.80** |
| | **Pro-Pave Inc.** | ☐ Contingent | |
| | **21563 Stonetree Ct.** | ☐ Unliquidated | |
| | **Sterling, VA 20166** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim: Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,375.00** |
| | **Procore Technologies Inc.** | ☐ Contingent | |
| | **6309 Carpinitera Ave.** | ☐ Unliquidated | |
| | **Carpinteria, CA 93013** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim: Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,591.70** |
| | **Property Resources** | ☐ Contingent | |
| | **1008 Wyndham Dr.** | ☐ Unliquidated | |
| | **Vinton, VA 24179** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim: Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,900.00** |
| | **Prospect Waterproofing Co.** | ☐ Contingent | |
| | **118 Acacia In.** | ☐ Unliquidated | |
| | **Sterling, VA 20166** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim: Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,733.50** |
| | **R. Williams Paving** | ☐ Contingent | |
| | **2436 Bridge Water Dr.** | ☐ Unliquidated | |
| | **Maidens, VA 23102** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim: Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$576.00** |
| | **R.D. Janitorial Svcs LLC** | ☐ Contingent | |
| | **8554 Braxted Ln.** | ☐ Unliquidated | |
| | **Manassas, VA 20110** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim: Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109,523.58** |
| | **Ralph Dietze** | ☐ Contingent | |
| | **11990 Market St., #1017** | ☐ Unliquidated | |
| | **Reston, VA 20190** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim: Money loaned to company** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,465.90** |
| --- | --- | --- | --- |

**Rayco Roof Services, Inc.**
**6870 Wellington Rd.**
**Manassas, VA 20109**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
| --- | --- | --- | --- |

**Ready2Cut, LLC**
**192 Cedar Walk Cir., NE**
**Leesburg, VA 20176**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,111.25** |
| --- | --- | --- | --- |

**Rees Broome PC**
**1900 Gallows Rd., Ste. 700**
**Tysons Corner, VA 22182**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid legal fees**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,802.30** |
| --- | --- | --- | --- |

**Reliable Installation Svcs LLC**
**PO Box 386**
**Myersville, MD 21773**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.49** |
| --- | --- | --- | --- |

**Reliance Utility Svcs.**
**PO Box 4388**
**Charlottesville, VA 22905**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,614.00** |
| --- | --- | --- | --- |

**Reliant Drywall Inc.**
**5734 Industry Lane**
**Frederick, MD 21704**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,200.00** |
| --- | --- | --- | --- |

**Resilucent Windows & Glass**
**5431 Yukon Ct., Ste. F**
**Frederick, MD 21703**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,744.27** |
|---|---|---|---|

**Reyco Electrical Svcs.**
**7 Jay Gould Ct., Ste. 6**
**Waldorf, MD 20602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77,933.00** |
|---|---|---|---|

**Ruff Nex, LLC**
**2809 Boston St., Ste. 307**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,859.87** |
|---|---|---|---|

**Rule4, LLC**
**7081 Dorsey Run Rd.**
**Ste. 112**
**Elkridge, MD 21075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,789.98** |
|---|---|---|---|

**S.M.G.C. Inc.**
**10229 Cove Ledge Ct.**
**Montgomery Village, MD 20886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$177,102.80** |
|---|---|---|---|

**Sanchez Construction, LLC**
**1860 Sugar Hill Rd., Apt. 204**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**SB Enterprises, LLC**
**1272 Indian Landing Rd.**
**Millersville, MD 21108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,007.00** |
|---|---|---|---|

**Scan Core**
**4210 Amelia Dr.**
**Fredericksburg, VA 22408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

**3.263** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,595.00**

**Second Star, LLC**
**929 Florida Ave., N.W.**
**Ste. 8006**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00**

**Select Construction Co., Inc.**
**44632 Guilford Dr., Ste. 114**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,749.00**

**Selective Hauling LLC**
**8040 Queenair Dr.**
**Gaithersburg, MD 20879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,475.00**

**Selective Wrecking & Abatement**
**8040 Queenaire Dr.**
**Gaithersburg, MD 20879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,275.00**

**Senza Fine Inc.**
**23430 Rock Haven Way**
**Ste. 270**
**Dulles, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,872.84**

**SETEC Security & Energy Tech**
**4200-Q Lafayette Ctr Dr.**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,120.00**

**Siemens Industry, Inc.**
**c/o City Bank**
**PO Box 2134**
**Carol Stream, IL 60132-2134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,478.15**

**Simplex Grinnell**
Dept. CH 10320
Palatine, IL 60055-0320

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade payable__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,675.00**

**SK&A MD**
12435 Park Potomac Ave
Ste. 300
Potomac, MD 20854

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade payable__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,782.50**

**Sonco**
PO Box 1115
Beltsville, MD 20705

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade payable__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,764.70**

**Sound Structures Inc.**
126 S. Lynnhaven Rd.
Virginia Beach, VA 23452

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade payable__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188,221.26**

**Source One Flooring Inc.**
45975 Nokes Blvd.
Ste. 135
Sterling, VA 20166

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade payable__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,800.00**

**South County Construction**
7725 Delano Rd.
Clinton, MD 20735

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade payable__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,840.00**

**Specified Woodworking Corp**
9327A Washington Blvd.
Laurel, MD 20723

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade payable__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,600.00** |
|---|---|---|---|

**Spectra Contract Flooring**
**1351 Eisenhower Blvd., Ste. 10**
**Harrisburg, PA 17111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Steele Foundation LLC**
**3229 K St., N.W.**
**Ste. 601**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,550.00** |
|---|---|---|---|

**Stevens Maintenance**
**15448 Fox Vale Way**
**Midlothian, VA 23112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$972.42** |
|---|---|---|---|

**Stone Solutions LLC**
**8969 Yellow Brick Rd.**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,620.00** |
|---|---|---|---|

**Stroico Construction -FireAlar**
**3268 N. Valley Pike**
**Harrisonburg, VA 22802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,561.86** |
|---|---|---|---|

**Stroico Construction LLC**
**3268 N. Valley Pike**
**Harrisonburg, VA 22802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$365,641.89** |
|---|---|---|---|

**Stroico Construction LLC**
**3268 N. Valley Pike**
**Harrisonburg, VA 22802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017-2018**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$213,391.58** |
|---|---|---|---|

**Structural Steel Mgmt, LLC**
**PO Box 874**
**179 James Rive Rd.**
**Scottsville, VA 24590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Structural Systems & Solutions**
**2420 Pony Lane**
**Reston, VA 20191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,450.50** |
|---|---|---|---|

**Stuart Dean Co., Inc.**
**PO Box 10369**
**Newark, NJ 07193-0369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,420.00** |
|---|---|---|---|

**Sun Block Inc.**
**11700 Midlothian Turnpike**
**Midlothian, VA 23113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,853.40** |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Surface Systems Installers**
**5036 1/2 Dana Pl., N.W.**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,169.12** |
|---|---|---|---|

**T Mobile**
**PO Box 742596**
**Cincinnati, OH 45274-2596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

**Basis for the claim:  Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00**

**T&B Electric Company**
**7893 Coppermine Drive**
**Manassas, VA 20109-2605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,315.92**

**Temp Power Generator Rentals**
**PO Box 331**
**Haymarket, VA 20168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,187.83**

**Temp-Air**
**8029 Solutions Center**
**Chicago, IL 60677-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,828.80**

**Testing Technologies, Inc.**
**1241 Featherstone Rd.**
**Woodbridge, VA 22191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,028.00**

**The Guarantee Co of North Am**
**201 International Cir., Ste. 2**
**Cockeysville, MD 21030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Surety bond**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,145.85**

**The M Group**
**12353 Sunrise Valley Dr.**
**Reston, VA 20191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,415.72**

**Thesis Painting, Inc.**
**7401-D Fullerton Rd.**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Lansdowne Construction LLC** | | Case number (if known) | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,640.46** |
|---|---|---|---|

**Titan Virginia Ready Mix, LLC**
**PO Box 932564**
**Atlanta, GA 31193-2564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,591.00** |
|---|---|---|---|

**Titans Construction**
**4019 Forge Dr.**
**Woodbridge, VA 22193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,402.40** |
|---|---|---|---|

**Total Construction Svcs, Inc.**
**940 Ficklen Rd.**
**Fredericksburg, VA 22405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,330.14** |
|---|---|---|---|

**Tradesman Int'l Holdings LLC**
**PO Box 932858**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,346.78** |
|---|---|---|---|

**Trane US Inc.**
**PO Box 403271**
**Atlanta, GA 30384-3271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186.10** |
|---|---|---|---|

**TrueTeam AR**
**Quality Bldg Products**
**PO Box 534451**
**Atlanta, GA 30353-4451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,290.00** |
|---|---|---|---|

**Turnkey Enterprises Inc.**
**7161 Old Alexandria Ferry Rd**
**Clinton, MD 20735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

---

**3.305** | **Nonpriority creditor's name and mailing address**
**TW Perry - Leesburg**
**41 Catoctin Cir., SE**
**Leesburg, VA 20175**

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade payable__

Is the claim subject to offset? ☐ No ☐ Yes

**$68,940.40**

---

**3.306** | **Nonpriority creditor's name and mailing address**
**Tysons Carpet Inc.**
**22900 Shaw Rd, Unit 125**
**Sterling, VA 20166**

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade payable__

Is the claim subject to offset? ■ No ☐ Yes

**$2,622.00**

---

**3.307** | **Nonpriority creditor's name and mailing address**
**Unique Demolition Svcs LLC**
**16595 Dressage Ct.**
**Leesburg, VA 20175**

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade payable__

Is the claim subject to offset? ☐ No ☐ Yes

**$7,620.00**

---

**3.308** | **Nonpriority creditor's name and mailing address**
**United Foundations, Inc.**
**11201 BertAlice Ct.**
**Manassas, VA 20110**

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade payable__

Is the claim subject to offset? ☐ No ☐ Yes

**$106,124.80**

---

**3.309** | **Nonpriority creditor's name and mailing address**
**United General Contractors**
**1232 4th St., N.E.**
**Washington, DC 20004**

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade payable__

Is the claim subject to offset? ☐ No ☐ Yes

**$73,909.00**

---

**3.310** | **Nonpriority creditor's name and mailing address**
**United Granite, LLC**
**25391 Peasant valley Rd.**
**Chantilly, VA 20152**

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade payable__

Is the claim subject to offset? ■ No ☐ Yes

**$13,733.00**

---

**3.311** | **Nonpriority creditor's name and mailing address**
**United Plumbing & Piping, LLC**
**45570 Shepard Dr., Ste. 1**
**Sterling, VA 20164**

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade payable__

Is the claim subject to offset? ■ No ☐ Yes

**$82,450.70**

---

| Debtor | **Lansdowne Construction LLC** | | Case number (if known) | **18-11754** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$98,493.70** |
|---|---|---|---|
| | **United Plumbing & Piping, LLC** | ☐ Contingent | |
| | **HVAC** | ☐ Unliquidated | |
| | **45570 Shepard Dr., Ste. 1** | ☐ Disputed | |
| | **Sterling, VA 20164** | | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,652.03** |
|---|---|---|---|
| | **United Rentals North Am. Inc.** | ☐ Contingent | |
| | **PO Box 100711** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-0711** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84,230.97** |
|---|---|---|---|
| | **V & H Masonry LLC** | ☐ Contingent | |
| | **7680 Duneiden Ln.** | ☐ Unliquidated | |
| | **Manassas, VA 20109** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,298.00** |
|---|---|---|---|
| | **Vasquez Drywall Systems Inc.** | ☐ Contingent | |
| | **13111 5th Street** | ☐ Unliquidated | |
| | **Bowie, MD 20720** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,230.33** |
|---|---|---|---|
| | **Verizon** | ☐ Contingent | |
| | **PO Box 25505** | ☐ Unliquidated | |
| | **Lehigh Valley, PA 18002-5505** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,719.80** |
|---|---|---|---|
| | **Village Concrete Inc.** | ☐ Contingent | |
| | **11250 Industrial Rd.** | ☐ Unliquidated | |
| | **Manassas, VA 20109** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,132.50** |
|---|---|---|---|
| | **Vision Systems Inc.** | ☐ Contingent | |
| | **2010 Meadow Dr.** | ☐ Unliquidated | |
| | **Fredericksburg, VA 22405** | ☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | **Basis for the claim:** __Trade payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lansdowne Construction LLC** | Case number *(if known)* | **18-11754** |
|---|---|---|---|
| | Name | | |

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**Vital Fuel Systems, Inc.**
**1076 Classic Rd**
**Apex, NC 27539-4401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$287.50** |
|---|---|---|---|

**Walsh Colucci Lubeley & Walsh**
**2200 Clarendon Blvd.**
**Ste. 1300**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Unpaid legal fees**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Walter L. Phillips Inc.**
**207 Park Ave., Ste. 104**
**Falls Church, VA 22046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,860.00** |
|---|---|---|---|

**Weeter Concrete Inc.**
**25274 Wukkard Rd,**
**Chantilly, VA 20152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$653.22** |
|---|---|---|---|

**White Cap Construction Supply**
**PO Box 4852**
**Orlando, FL 32802-4852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,426.00** |
|---|---|---|---|

**Wilcox Caulking Corp.**
**PO Box 208**
**Lorton, VA 22199-0208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,536.48** |
|---|---|---|---|

**Winchester Fire & Security LLC**
**13996 Parkeast Cir., Ste. 104**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lansdowne Construction LLC** | Case number (if known) | **18-11754** |
|---|---|---|---|
| | Name | | |

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,462.01** |
|---|---|---|---|

**Winchester Sprinkler LLC**
**44900 Acacia Ln., Ste. 106**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,575.00** |
|---|---|---|---|

**WindowsSolutions LLC**
**18 Brookstone Ct.**
**Lutherville, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.95** |
|---|---|---|---|

**Worldwide Express-DC**
**PO Box 21272**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,965.00** |
|---|---|---|---|

**Z-Best Wallcoverings, Inc.**
**10641A Trinity Church Rd.**
**Charlotte Hall, MD 20622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 57,983.73 |
| 5b. Total claims from Part 2 | 5b. + | $ | 20,059,216.68 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 20,117,200.41 |

**Fill in this information to identify the case:**

Debtor name **Lansdowne Construction LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known) **18-11754**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** |
|           State the term remaining | **1201-1225 New York Ave,SPE LLC** |
|           List the contract number of any government contract | **c/o LPC (Quatar Foundation)**<br>**1201 NY Ave, NW #100**<br>**Washington, DC 20006** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** |
|           State the term remaining | **1201-1225 New York Ave,SPE LLC** |
|           List the contract number of any government contract | **c/o LPC (1225 NY Ave Lobby)**<br>**1201 NY Ave, NW #100**<br>**Washington, DC 20006** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** |
|           State the term remaining | **ADESA, Inc.** |
|           List the contract number of any government contract | **13085 Hamilton Crossing Blvd.**<br>**Carmel, IN 46032** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** |
|           State the term remaining | **Beyer Automotive Group** |
|           List the contract number of any government contract | **7416 Richmond Hwy.**<br>**Alexandria, VA 22306** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

| Debtor 1 | **Lansdowne Construction LLC** | | | Case number (*if known*) | **18-11754** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Construction contract | |
|---|---|---|---|
| | State the term remaining | | Congressional Country Club<br>8500 River Rd.<br>Bethesda, MD 20817 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Construction contract | |
|---|---|---|---|
| | State the term remaining | | CoreSite LLC<br>1001 17th St.<br>Denver, CO 80202 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Dental insurance | |
|---|---|---|---|
| | State the term remaining | 5/31/2018 | Delta Dental of Virginia<br>PO Box 758722<br>Baltimore, MD 21275 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Construction contract | |
|---|---|---|---|
| | State the term remaining | | Devon/Sterling, LLC<br>& Devon Self Storage<br>2000 Powell St., Ste. 1240<br>Emeryville, CA 94608 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Construction contract | |
|---|---|---|---|
| | State the term remaining | | Ettington Park, LLC<br>1624 Hunter Mill Rd.<br>Vienna, VA 22182 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Storage unit | |
|---|---|---|---|
| | State the term remaining | Month to month | Extra Space Storage<br>Unit 4700<br>12260 Sunrise Valley Dr.<br>Reston, VA 20190 |
| | List the contract number of any | | |

Debtor 1  **Lansdowne Construction LLC**                                    Case number (*if known*)  **18-11754**
_____
First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Intermarkets, Inc.**<br>**11911 Freedom Dr., Ste. 1140**<br>**Reston, VA 20190** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lerner - WSQ Spec**<br>**2000 Tower Oaks Blvd.,8th Fl.**<br>**Rockville, MD 20852** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lerner-1800 Tysons Blvd**<br>**2000 Tower Oaks Blvd., 18th Fl**<br>**Rockville, MD 20852** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lerner-1800 Tysons Stair**<br>**2000 Tower Oaks Blvd, 18th Fl.**<br>**Rockville, MD 20852** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lerner-Tower Oaks Artwork**<br>**2000 Tower Oaks Blvd., 18th Fl**<br>**Rockville, MD 20852** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
| | | | **Long & Foster Co**<br>**14501 George Carter Way**<br>**Chantilly, VA 20151** |

| Debtor 1 | **Lansdowne Construction LLC** | | Case number *(if known)* | **18-11754** |
|---|---|---|---|---|
| | First Name      Middle Name | Last Name | | |

## ▉ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | **5/28/2018** |
| | List the contract number of any government contract | |

| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Machine Aquatics, LLC**<br>**204 Mill St., Unit D**<br>**Vienna, VA 22180** |

| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Manhattan Constrcution Co.**<br>**3330 Washington Blvd., #300**<br>**Arlington, VA 22201** |

| **2.19.** | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **National Student Clearinghouse**<br>**2300 Dulles Station Blvd.**<br>**Herndon, VA 20171** |

| **2.20.** | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **PF Partners, LLC**<br>**PO Box 4647**<br>**Falls Church, VA 22044** |

| **2.21.** | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **PhishMe, Inc.**<br>**1608 Village Market Bvld.**<br>**#200**<br>**Leesburg, VA 20175** |


| Debtor 1 | **Lansdowne Construction LLC** | | | Case number *(if known)* | **18-11754** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **PowerSecure, Inc.**<br>**1609 Heritage Commerce Ct.**<br>**Wake Forest, NC 27587** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Presidential Plaza, L.P.**<br>**c/o Tishman Speyer Properties**<br>**45 Rockefeller Plaza**<br>**New York, NY 10111** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Vision insurance** | |
|---|---|---|---|
| | State the term remaining | **5/31/2018** | |
| | List the contract number of any government contract | | **Principle Financial Insurance**<br>**Des Moines, IA 50306-0372** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Project Solutions Group (Z)**<br>**3725 Concorde Pkwy.**<br>**Ste. 105**<br>**Chantilly, VA 20151** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Project Solutions Group -Moore**<br>**3725 Concorde Pkwy.**<br>**Ste. 105**<br>**Chantilly, VA 20151** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Project Solutions Group FCEDA**<br>**3725 Concorde Pkwy.**<br>**Ste. 105**<br>**Chantilly, VA 20151** |

| Debtor 1 | **Lansdowne Construction LLC** | | Case number *(if known)* | **18-11754** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
|---|---|---|---|
| | State the term remaining | | **PSC** |
| | List the contract number of any government contract | | **4401 Wilson Blvd., Ste. 1110**<br>**Arlington, VA 22203** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
|---|---|---|---|
| | State the term remaining | | **Public Works Dept Naval**<br>**Facilities Eng Command** |
| | List the contract number of any government contract | | **181 Wainright Rd.**<br>**Annapolis, MD 21402** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
|---|---|---|---|
| | State the term remaining | | **Rosner Automotive Group** |
| | List the contract number of any government contract | | **95 Garrisonville Rd.**<br>**Stafford, VA 22554** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
|---|---|---|---|
| | State the term remaining | | **Roux Assoc., Inc.**<br>**3330 Washington Blvd.** |
| | List the contract number of any government contract | | **Ste. 420**<br>**Arlington, VA 22201** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/15/2020** | **TH Holding Company LLC**<br>**1741 Business Center Dr.** |
| | List the contract number of any government contract | | **Ste. 200**<br>**Reston, VA 20190** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Telephones** | **TMobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274** |
|---|---|---|---|

| Debtor 1 | **Lansdowne Construction LLC** | | | Case number *(if known)* | **18-11754** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Month to month** | |
|---|---|---|---|
|  | List the contract number of any government contract | _____ | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
|---|---|---|---|
|  | State the term remaining | | **Tower Companies** |
|  | List the contract number of any government contract | | **2000 Tower Oakds Blvd. 9th Fl. Rockville, MD 20852** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Medical insurance** | |
|---|---|---|---|
|  | State the term remaining | **5/31/2018** | **United Healthcare** |
|  | List the contract number of any government contract | | **PO Box 19032 Green Bay, WI 54307-9032** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
|---|---|---|---|
|  | State the term remaining | | **Vadata, Inc.** |
|  | List the contract number of any government contract | | **ATTN: Non-Inventory PO Box 80683 Seattle, WA 98108-0683** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
|---|---|---|---|
|  | State the term remaining | | **Valerie Campbell** |
|  | List the contract number of any government contract | | **Blue Ridge Vet Assoc. 120 East Cornwell Ln. Purcellville, VA 20132** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Internet** | |
|---|---|---|---|
|  | State the term remaining | **8/2020** | **Verizon** |
|  | List the contract number of any government contract | | **PO Box 15043 Albany, NY 12212-5043** |

| Debtor 1 | **Lansdowne Construction LLC** | | | Case number (*if known*) | **18-11754** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Mobile phones** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | **Verizon**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002-5505** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Woodlands Land Project, LLC**<br>**416 E Main St., #301**<br>**Charlottesville, VA 22902** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lansdowne Construction LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **18-11754**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
                                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Ralph & Sharon Dietze** | **11990 Market St. Reston, VA 20190** | **United Bank** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Ralph & Sharon Dietze** | **11990 Market St. Reston, VA 20190** | **Allegheny Casualty Co** | ☐ D _____<br>■ E/F  **3.18**<br>☐ G _____ |
| 2.3  **Ralph & Sharon Dietze** | **11990 Market St. Reston, VA 20190** | **The Guarantee Co of North Am** | ☐ D _____<br>■ E/F  **3.295**<br>☐ G _____ |