| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lansdowne Construction LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 18-11754 |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | $12,477,786.90 |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | $61,818,514.00 |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $52,937,947.00 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | Lansdowne Construction LLC | Case number (if known) | 18-11754 |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See Schedule SOFA 3.1<br>for all amounts and dates paid | February 12, 2018 through May 15, 2018 | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See attached Schedule SOFA 4.1 | | $497,992.35 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Tower Oaks Restaurant Holdings LLC<br>vs.<br>Lansdowne Construction LLC<br>01-17-0004-4365** | **Contract dispute** | **American Mediation Association** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Annandale Millwork & Allied Systems Corp.<br>v.<br>Lansdowne Construction LLC<br>2018-04806** | **Non-payment of contract** | **Fairfax County Circuit Court<br>4110 Chain Bridge Rd<br>Fairfax, VA 22030** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **Lansdowne Construction LLC**  Case number *(if known)* **18-11754**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Builders FirstSources, Inc.**<br>**v.**<br>**Lansdowne Construction LLC**<br>**GV18008369-00** | **Warrant in Debt** | **Fairfax County General District Court**<br>**P.O. Box 10157**<br>**4110 Chain Bridge Rd.**<br>**Fairfax, VA 22038** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **HD Supply Construction Supply, Ltd.**<br>**v. Lansdowne Construction IV, LLC,**<br>**Lansdowne Construction, LLC &**<br>**Allegheny Casualty Company**<br>**2017-15748** | **Breach of contract** | **Fairfax County Circuit Court**<br>**4110 Chain Bridge Rd.**<br>**Fairfax, VA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
    |---|---|---|---|

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor   **Lansdowne Construction LLC**                                    Case number *(if known)* **18-11754**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Henry & O'Donnell, P.C.<br>300 N. Washington St.<br>Suite 204<br>Alexandria, VA 22314 | | 5/1/2018 | $15,000.00 |
| | **Email or website address**<br>jtm@henrylaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | | Dates of occupancy From-To |
|---|---|---|---|
| 14.1. | 14020 Thunderbolt Place<br>Ste. 100<br>Chantilly, VA 20151 | | 1/1/2012 - 07/15/2015 |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | Lansdowne Construction LLC | Case number (if known) 18-11754 |
|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | | Name and address | Date of service From-To |
    |---|---|---|
    | 26a.1. | **Denise Modica, CFO**<br>**43825 Hickory Corner Terrace**<br>**#106**<br>**Ashburn, VA 20147** | **11/1/2013-2/16/2018** |
    | 26a.2. | **Charlotte Sharma**<br>**19068 Crimson Clover Terrace**<br>**Leesburg, VA 20176** | **10/17/2016-5/1/2018** |
    | 26a.3. | **Sharon Dietze, VP**<br>**11990 Market St., #1017**<br>**Reston, VA 20190** | **2/16/2018-present** |
    | 26a.4. | **Joseph Salcetti - CPA**<br>**c/o Referral Staffing** | **4/26/2018-present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | Lansdowne Construction LLC | Case number (if known) | 18-11754 |
|---|---|---|---|

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **William Fritts, CPA**<br>**Smith Elliott Kearns & Co, LLC**<br>**480 N. Potomac St.**<br>**Hagerstown, MD 21740** | **2012-present** |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | **Denise Modica, CFO**<br>**43825 Hickory Corner Terrace**<br>**#106**<br>**Ashburn, VA 20147** | **11/2013-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Ralph & Sharon Dietze**<br>**11990 Market St., #1017**<br>**Reston, VA 20190** | |
| 26c.2. | **James Dougherty**<br>**6216 Point Circle**<br>**Centreville, VA 20120** | |
| 26c.3. | **Robert Wooddell**<br>**14300 Winding Woods Ct.**<br>**Centreville, VA 20120** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **United Bank**<br>**14201 Sullyfield Cir #500**<br>**Chantilly, VA 20151** |
| 26d.2. | **Eagle Bank**<br>**2001 K St., NW**<br>**Washington, DC 20006** |
| 26d.3. | **Marsh & McLennan**<br>**5500 Cherokee Ave #300**<br>**Alexandria, VA 22312** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | Lansdowne Construction LLC | | Case number (if known) | 18-11754 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ralph Dietze | 11990 Market St., #1017<br>Reston, VA 20190 | Ralph - CEO<br>Sharon - Managing Member | 90% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Dougherty | 6216 Point Circle<br>Centreville, VA 20120 | EVP | 5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Wooddell | 14300 Winding Woods Ct.<br>Centreville, VA 20120 | EVP | 5% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Ralph Dietze**<br>**11990 Market St., #1017**<br>**Reston, VA 20190** | **$318,269.31** | **5/1/17-5/1/18** | **Salary** |
| | **Relationship to debtor**<br>**CEO/Member** | | | |
| 30.2. | **Sharon Dietze**<br>**11990 Market St., #1017**<br>**Reston, VA 20190** | **$133,500.00** | **5/1/2017-5/1/2018** | **Salary** |
| | **Relationship to debtor**<br>**Wife of Managing Member** | | | |
| 30.3. | **Brynne Dietze**<br>**925 N. Garfield St.**<br>**Unit 233**<br>**Arlington, VA 22201** | **$68,538.57** | **5/2/2017-5/1/2018** | **Salary** |
| | **Relationship to debtor**<br>**Daughter of CEO** | | | |

| Debtor | Lansdowne Construction LLC | | Case number (if known) | 18-11754 |
|---|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Alison Dietze**<br>**715 Harvey Street**<br>**Baltimore, MD 21230** | **$5,884.68** | 5/1/2017-5/1/2018 | Salary |
| | **Relationship to debtor**<br>**Daughter of CEO** | | | |
| 30.5. | **Courtney Dietze**<br>**34 Chalmers Street**<br>**Apartment A**<br>**Charleston, SC 29401** | **$900.00** | 5/1/2017-5/1/2018 | Salary |
| | **Relationship to debtor**<br>**Daughter of CEO** | | | |
| 30.6. | **James Dougherty**<br>**6216 Point Circle**<br>**Centreville, VA 20120** | **$240,000.12** | 5/1/2017-5/1/2018 | Salary |
| | **Relationship to debtor**<br>**EVP/Member** | | | |
| 30.7. | **Robert Wooddell**<br>**14300 Winding Woods Ct.**<br>**Centreville, VA 20120** | **$103,269.36** | 5/1/2017-5/1/2018 | Salary |
| | **Relationship to debtor**<br>**EVP/Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the parent corporation** |
|---|---|

Debtor  **Lansdowne Construction LLC**                              Case number *(if known)* **18-11754**

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 26, 2018**

**/s/ Ralph Dietze**                                **Ralph Dietze**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **Member/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

2:03 PM
05/10/18

## Lansdowne Construction,
### Check Detail
### February 9 through May 10, 2018

| Type | Num | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | EFT 2/12/18 | 02/12/2018 | Eagle Bank | 10200 · Cash-United Bank Checking | -9,418.43 |
| Bill Pmt -Check | 16074 | 02/12/2018 | AA Contractors | 10200 · Cash-United Bank Checking | -77,477.00 |
| Bill Pmt -Check | 16079 | 02/15/2018 | KMN Mechanical or KMN Sheet Metal | 10200 · Cash-United Bank Checking | -9,750.00 |
| Bill Pmt -Check | 16076 | 02/16/2018 | Elite Assemble Management | 10200 · Cash-United Bank Checking | -15,000.30 |
| Bill Pmt -Check | 16095 | 02/16/2018 | United Healthcare Services | 10200 · Cash-United Bank Checking | -26,768.97 |
| Bill Pmt -Check | 16100 | 02/16/2018 | Southern Electrical | 10200 · Cash-United Bank Checking | -50,223.19 |
| Bill Pmt -Check | EFT 2/16/18 | 02/16/2018 | American Express | 10200 · Cash-United Bank Checking | -69,761.57 |
| Bill Pmt -Check | 16065 | 02/16/2018 | Titan Virginia Ready Mix, LLC | 10200 · Cash-United Bank Checking | -24,835.97 |
| Bill Pmt -Check | EFT | 02/16/2018 | ADP Payroll | 10200 · Cash-United Bank Checking | -113,368.40 |
| Bill Pmt -Check | EFT | 02/16/2018 | ADP Payroll | 10200 · Cash-United Bank Checking | -47,423.40 |
| Bill Pmt -Check | 16101 | 02/19/2018 | American Glassworx | 10200 · Cash-United Bank Checking | -21,982.50 |
| Bill Pmt -Check | 16103 | 02/19/2018 | Unlimited Plumbing & Piping, LLC | 10200 · Cash-United Bank Checking | -10,282.00 |
| Bill Pmt -Check | 16104 | 02/19/2018 | Phillips Construction, LLC | 10200 · Cash-United Bank Checking | -105,450.00 |
| Bill Pmt -Check | 16105 | 02/19/2018 | JC Roman Construction Co LLC | 10200 · Cash-United Bank Checking | -10,209.16 |
| Bill Pmt -Check | 16106 | 02/19/2018 | Total Construction Services, Inc | 10200 · Cash-United Bank Checking | -27,199.80 |
| Bill Pmt -Check | 16111 | 02/19/2018 | Northstar Fire Protection | 10200 · Cash-United Bank Checking | -37,350.00 |
| Bill Pmt -Check | 16114 | 02/19/2018 | Century Steel | 10200 · Cash-United Bank Checking | -262,382.00 |
| Bill Pmt -Check | 16117 | 02/19/2018 | Neighoff & Sons, Inc | 10200 · Cash-United Bank Checking | -9,025.00 |
| Bill Pmt -Check | 16118 | 02/19/2018 | BPI Mechanical, Inc | 10200 · Cash-United Bank Checking | -285,950.00 |
| Bill Pmt -Check | 16119 | 02/19/2018 | Bailey and Shipp Electric | 10200 · Cash-United Bank Checking | -61,200.00 |
| Bill Pmt -Check | 16123 | 02/19/2018 | IE&J CMD | 10200 · Cash-United Bank Checking | -98,263.80 |
| Bill Pmt -Check | 16124 | 02/19/2018 | DC Mechanical, LLC | 10200 · Cash-United Bank Checking | -133,982.60 |
| Bill Pmt -Check | 16126 | 02/20/2018 | Blank Rome LLP | 10200 · Cash-United Bank Checking | -10,596.95 |
| Bill Pmt -Check | 16127 | 02/20/2018 | DC Mechanical, LLC | 10200 · Cash-United Bank Checking | -15,525.00 |
| Bill Pmt -Check | 16128 | 02/20/2018 | Bowman Consulting Group LTD | 10200 · Cash-United Bank Checking | -27,308.75 |
| Bill Pmt -Check | 16129 | 02/21/2018 | The M Group | 10200 · Cash-United Bank Checking | -23,511.45 |
| Bill Pmt -Check | 16130 | 02/21/2018 | Northstar Fire Protection | 10200 · Cash-United Bank Checking | -7,134.00 |
| Bill Pmt -Check | 16131 | 02/21/2018 | Tradesmen International LLC | 10200 · Cash-United Bank Checking | -26,573.39 |
| Bill Pmt -Check | 16132 | 02/21/2018 | C1P Cabinet Supply, Inc | 10200 · Cash-United Bank Checking | -68,483.42 |
| Bill Pmt -Check | 16133 | 02/21/2018 | Selective Hauling LLC | 10200 · Cash-United Bank Checking | -25,073.00 |
| Bill Pmt -Check | 16134 | 02/21/2018 | Winchester Fire and Security, LLC | 10200 · Cash-United Bank Checking | -54,646.97 |
| Bill Pmt -Check | 16135 | 02/21/2018 | DC Mechanical, LLC | 10200 · Cash-United Bank Checking | -7,277.31 |

Page 1 of 5

SCHEDULE 3.1

2:03 PM
05/10/18

# Lansdowne Construction, LLC
## Check Detail
### February 9 through May 10, 2018

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 16139 | 02/21/2018 | Nester Enterprises | 10200 · Cash-United Bank Checking | -9,003.70 |
| Bill Pmt -Check | 16237 | 02/21/2018 | Naviaz Construction Co Inc | 10200 · Cash-United Bank Checking | -125,000.00 |
| Bill Pmt -Check | 16141 | 02/22/2018 | Warner Drywall Services, Inc. | 10200 · Cash-United Bank Checking | -26,482.00 |
| Bill Pmt -Check | 16142 | 02/22/2018 | Earth Crafters, Inc | 10200 · Cash-United Bank Checking | -37,561.95 |
| Bill Pmt -Check | 16143 | 02/22/2018 | Century Contracting Corporation | 10200 · Cash-United Bank Checking | -22,232.70 |
| Bill Pmt -Check | 16144 | 02/22/2018 | Orndorff & Spaid | 10200 · Cash-United Bank Checking | -10,594.50 |
| Bill Pmt -Check | 16146 | 02/22/2018 | Sharon Dietze | 10200 · Cash-United Bank Checking | -6,000.00 |
| Bill Pmt -Check | 16147 | 02/23/2018 | Kidwell Fencing & Home Improvements | 10200 · Cash-United Bank Checking | -11,000.00 |
| Bill Pmt -Check | 16148 | 02/23/2018 | Partners Electric Service, Inc | 10200 · Cash-United Bank Checking | -196,371.90 |
| Bill Pmt -Check | 16149 | 02/23/2018 | Bogan and Associates, LLC | 10200 · Cash-United Bank Checking | -13,133.50 |
| Bill Pmt -Check | 16150 | 02/23/2018 | AA Contractors | 10200 · Cash-United Bank Checking | -6,040.00 |
| Bill Pmt -Check | 16151 | 02/23/2018 | AA Contractors | 10200 · Cash-United Bank Checking | -10,700.00 |
| Bill Pmt -Check | 16152 | 02/23/2018 | AA Contractors | 10200 · Cash-United Bank Checking | -27,252.00 |
| Bill Pmt -Check | 16153 | 02/27/2018 | K & B Plumbing & Heating, Inc. | 10200 · Cash-United Bank Checking | -26,083.80 |
| Bill Pmt -Check | 16155 | 02/27/2018 | FLBE Inc. | 10200 · Cash-United Bank Checking | -23,427.00 |
| Bill Pmt -Check | 16156 | 02/27/2018 | Piedmont Paint & Finish | 10200 · Cash-United Bank Checking | -48,683.56 |
| Bill Pmt -Check | 16158 | 02/28/2018 | Source One Flooring Inc. | 10200 · Cash-United Bank Checking | -6,611.57 |
| Bill Pmt -Check | 16161 | 02/28/2018 | Source One Flooring Inc. | 10200 · Cash-United Bank Checking | -19,051.72 |
| Bill Pmt -Check | 16163 | 03/01/2018 | Titans Construction | 10200 · Cash-United Bank Checking | -5,879.20 |
| Bill Pmt -Check | 16164 | 03/01/2018 | Capital Welding Inc. | 10200 · Cash-United Bank Checking | -7,966.00 |
| Bill Pmt -Check | 16165 | 03/01/2018 | Capital Welding Inc. | 10200 · Cash-United Bank Checking | -6,345.00 |
| Bill Pmt -Check | 16166 | 03/02/2018 | Elite Assemble Management | 10200 · Cash-United Bank Checking | -10,000.03 |
| Bill Pmt -Check | 16167 | 03/02/2018 | Kidwell Fencing & Home Improvements | 10200 · Cash-United Bank Checking | -75,000.00 |
| Bill Pmt -Check | 16168 | 03/02/2018 | TH Holding Company | 10200 · Cash-United Bank Checking | -12,551.33 |
| Bill Pmt -Check | 16169 | 03/02/2018 | IE&J CMD | 10200 · Cash-United Bank Checking | -90,000.00 |
| Bill Pmt -Check | 16171 | 03/02/2018 | IE&J CMD | 10200 · Cash-United Bank Checking | -6,192.50 |
| Bill Pmt -Check | EFT | 03/02/2018 | ADP Payroll | 10200 · Cash-United Bank Checking | -112,265.09 |
| Bill Pmt -Check | EFT | 03/02/2018 | ADP Payroll | 10200 · Cash-United Bank Checking | -47,286.08 |
| Bill Pmt -Check | 16181 | 03/05/2018 | Stone Solutions, LLC | 10200 · Cash-United Bank Checking | -8,751.85 |
| Bill Pmt -Check | 16182 | 03/05/2018 | SignGraphx | 10200 · Cash-United Bank Checking | -6,788.84 |
| Bill Pmt -Check | 16183 | 03/05/2018 | Amerigas | 10200 · Cash-United Bank Checking | -12,360.00 |
| Bill Pmt -Check | 16184 | 03/05/2018 | Temp Power Generator Rentals - Richmond | 10200 · Cash-United Bank Checking | -7,506.89 |
| Bill Pmt -Check | 16185 | 03/06/2018 | United Bank | 10200 · Cash-United Bank Checking | -6,458.34 |
| Bill Pmt -Check | 16193 | 03/06/2018 | GTB Enterprise Inc. | 10200 · Cash-United Bank Checking | -22,648.50 |

2:03 PM
05/10/18

## Lansdowne Construction, LLC
### Check Detail
February A through May 10, 2018

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 16195 | 03/06/2018 | Mid Atlantic Diversified Construction | 10200 · Cash-United Bank Checking | -13,365.00 |
| Bill Pmt -Check | 16196 | 03/08/2018 | Eastern Elevator Company | 10200 · Cash-United Bank Checking | -15,076.21 |
| Bill Pmt -Check | 16197 | 03/08/2018 | Eastern Elevator Company | 10200 · Cash-United Bank Checking | -25,127.02 |
| Bill Pmt -Check | 16199 | 03/08/2018 | Mid Atlantic Diversified Construction | 10200 · Cash-United Bank Checking | -28,800.00 |
| Bill Pmt -Check | 16201 | 03/09/2018 | Americ Company Inc. | 10200 · Cash-United Bank Checking | -6,764.00 |
| Bill Pmt -Check | 16202 | 03/09/2018 | MV & Son Masonry, LLC | 10200 · Cash-United Bank Checking | -12,125.65 |
| Bill Pmt -Check | 16204 | 03/09/2018 | Wilcox Caulking Corp. | 10200 · Cash-United Bank Checking | -15,416.00 |
| Bill Pmt -Check | 16205 | 03/09/2018 | Sanchez Construction, LLC | 10200 · Cash-United Bank Checking | -14,580.00 |
| Bill Pmt -Check | 16207 | 03/09/2018 | Unlimited Plumbing & Piping, LLC | 10200 · Cash-United Bank Checking | -11,069.80 |
| Bill Pmt -Check | 16220 | 03/12/2018 | Delta Painting | 10200 · Cash-United Bank Checking | -13,563.00 |
| Bill Pmt -Check | 16221 | 03/12/2018 | Eisen Woodwork (KS Custom Cabinet) | 10200 · Cash-United Bank Checking | -18,000.00 |
| Bill Pmt -Check | 16228 | 03/14/2018 | S.M.G.C. Inc. | 10200 · Cash-United Bank Checking | -39,890.73 |
| Bill Pmt -Check | 16229 | 03/15/2018 | Extinguish Fire Corp. | 10200 · Cash-United Bank Checking | -18,256.50 |
| Bill Pmt -Check | 16233 | 03/16/2018 | Mike's Glass & Mirror Co. | 10200 · Cash-United Bank Checking | -106,865.90 |
| Bill Pmt -Check | EFT | 03/16/2018 | ADP Payroll | 10200 · Cash-United Bank Checking | -109,383.13 |
| Bill Pmt -Check | EFT | 03/16/2018 | ADP Payroll | 10200 · Cash-United Bank Checking | -46,780.94 |
| Bill Pmt -Check | EFT | 03/16/2018 | Eagle Bank | 10200 · Cash-United Bank Checking | -9,418.43 |
| Bill Pmt -Check | 16235 | 03/19/2018 | Levine & Associates, PLLC | 10200 · Cash-United Bank Checking | -15,195.49 |
| Bill Pmt -Check | 16236 | 03/19/2018 | Elite Assemble Management | 10200 · Cash-United Bank Checking | -22,999.51 |
| Bill Pmt -Check | 16247 | 03/19/2018 | MAR Construction, LLC | 10200 · Cash-United Bank Checking | -26,217.93 |
| Bill Pmt -Check | 16238 | 03/20/2018 | Source One Flooring Inc. | 10200 · Cash-United Bank Checking | -11,512.38 |
| Bill Pmt -Check | 16239 | 03/20/2018 | Contract Carpet Systems | 10200 · Cash-United Bank Checking | -13,265.00 |
| Bill Pmt -Check | 16240 | 03/20/2018 | Electrical Systems & Services, Inc | 10200 · Cash-United Bank Checking | -17,621.99 |
| Bill Pmt -Check | 16242 | 03/20/2018 | Source One Flooring Inc. | 10200 · Cash-United Bank Checking | -27,688.01 |
| Bill Pmt -Check | 16243 | 03/20/2018 | Century Contracting Corporation | 10200 · Cash-United Bank Checking | -85,957.30 |
| Bill Pmt -Check | 16244 | 03/20/2018 | Century Steel | 10200 · Cash-United Bank Checking | -304,828.00 |
| Bill Pmt -Check | EFT | 03/20/2018 | All Phase Drywall Inc. | 10200 · Cash-United Bank Checking | -18,000.00 |
| Bill Pmt -Check | EFT | 03/20/2018 | N & E Plumbing & Heating Inc. | 10200 · Cash-United Bank Checking | -24,402.40 |
| Bill Pmt -Check | EFT | 03/20/2018 | Perlectric, Inc. | 10200 · Cash-United Bank Checking | -24,119.00 |
| Bill Pmt -Check | EFT | 03/20/2018 | Primavera Pool Service | 10200 · Cash-United Bank Checking | -13,709.20 |
| Bill Pmt -Check | EFT | 03/20/2018 | Unlimited Plumbing & Piping, LLC | 10200 · Cash-United Bank Checking | -18,694.00 |
| Bill Pmt -Check | 16245 | 03/22/2018 | K & B Plumbing & Heating, Inc. | 10200 · Cash-United Bank Checking | -32,196.60 |
| Bill Pmt -Check | 16250 | 03/27/2018 | Source One Flooring Inc. | 10200 · Cash-United Bank Checking | -70,000.00 |
| Bill Pmt -Check | 16251 | 03/27/2018 | KT Enterprises, Inc. | 10200 · Cash-United Bank Checking | -18,350.93 |

2:03 PM
05/10/18

## Lansdowne Construction, LLC
### Check Detail
February 9 through May 10, 2018

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 16254 | 03/27/2018 | United Healthcare | 10200 · Cash-United Bank Checking | -26,119.35 |
| Bill Pmt -Check | JC-Manhatta | 03/27/2018 | KMN Mechanical or KMN Sheet Metal | 10200 · Cash-United Bank Checking | -99,896.00 |
| Bill Pmt -Check | JC-ManhaEFT | 03/27/2018 | Merical Electrical Contractors, Inc | 10200 · Cash-United Bank Checking | -101,801.00 |
| Bill Pmt -Check | JC-ManhaEFT | 03/27/2018 | Rule4, LLC | 10200 · Cash-United Bank Checking | -12,978.00 |
| Bill Pmt -Check | JC-ManhaEFT | 03/27/2018 | Source One Flooring Inc. | 10200 · Cash-United Bank Checking | -20,343.58 |
| Bill Pmt -Check | JC-ManhaEFT | 03/27/2018 | Unlimited Plumbing & Piping, LLC | 10200 · Cash-United Bank Checking | -16,448.00 |
| Bill Pmt -Check | EFT | 03/30/2018 | ADP Payroll | 10200 · Cash-United Bank Checking | -104,694.98 |
| Bill Pmt -Check | EFT | 03/30/2018 | ADP Payroll | 10200 · Cash-United Bank Checking | -45,166.65 |
| Bill Pmt -Check | 16269 | 04/03/2018 | Elite Assemble Management | 10200 · Cash-United Bank Checking | -24,900.20 |
| Bill Pmt -Check | 16272 | 04/03/2018 | Unlimited Plumbing & Piping, LLC | 10200 · Cash-United Bank Checking | -15,274.80 |
| Bill Pmt -Check | 16274 | 04/03/2018 | GT Brothers, Inc | 10200 · Cash-United Bank Checking | -8,332.03 |
| Bill Pmt -Check | EFT | 04/03/2018 | Rees Broome, PC | 10200 · Cash-United Bank Checking | -22,500.00 |
| Bill Pmt -Check | EFT | 04/05/2018 | Rule4, LLC | 10200 · Cash-United Bank Checking | -21,688.00 |
| Bill Pmt -Check | EFT | 04/05/2018 | Source One Flooring Inc. | 10200 · Cash-United Bank Checking | -14,822.70 |
| Bill Pmt -Check | EFT | 04/05/2018 | KMN Mechanical or KMN Sheet Metal | 10200 · Cash-United Bank Checking | -194,797.11 |
| Bill Pmt -Check | EFT | 04/05/2018 | Merical Electrical Contractors, Inc | 10200 · Cash-United Bank Checking | -106,661.70 |
| Bill Pmt -Check | 16278 | 04/06/2018 | United General Contractors | 10200 · Cash-United Bank Checking | -60,975.00 |
| Bill Pmt -Check | 16279 | 04/06/2018 | Anne Arundel Fire Inspection, Inc | 10200 · Cash-United Bank Checking | -10,100.00 |
| Bill Pmt -Check | 16280 | 04/08/2018 | Sanchez Construction, LLC | 10200 · Cash-United Bank Checking | -13,792.64 |
| Bill Pmt -Check | 16281 | 04/09/2018 | TH Holding Company | 10200 · Cash-United Bank Checking | -12,551.33 |
| Bill Pmt -Check | 16282 | 04/09/2018 | Source One Flooring Inc. | 10200 · Cash-United Bank Checking | -20,000.00 |
| Bill Pmt -Check | 16283 | 04/11/2018 | DC Mechanical, LLC | 10200 · Cash-United Bank Checking | -10,000.00 |
| Bill Pmt -Check | 16284 | 04/11/2018 | Blair-Dumond, Inc. | 10200 · Cash-United Bank Checking | -32,822.95 |
| Bill Pmt -Check | EFT | 04/11/2018 | United Bank | 10200 · Cash-United Bank Checking | -6,125.00 |
| Bill Pmt -Check | EFT | 04/11/2018 | American Express | 10200 · Cash-United Bank Checking | -32,766.56 |
| Bill Pmt -Check | 16299 | 04/12/2018 | IE&J CMD | 10200 · Cash-United Bank Checking | -25,000.00 |
| Bill Pmt -Check | 16301 | 04/12/2018 | Mark A. Cook | 10200 · Cash-United Bank Checking | -7,250.00 |
| Bill Pmt -Check | 16303 | 04/13/2018 | Elite Assemble Management | 10200 · Cash-United Bank Checking | -15,000.30 |
| Bill Pmt -Check | 16304 | 04/13/2018 | Office Janitorial Service, LLC | 10200 · Cash-United Bank Checking | -13,960.00 |
| Bill Pmt -Check | 16305 | 04/13/2018 | New Millennium Building Systems | 10200 · Cash-United Bank Checking | -112,621.60 |
| Bill Pmt -Check | EFT | 04/13/2018 | ADP Payroll | 10200 · Cash-United Bank Checking | -103,936.82 |
| Bill Pmt -Check | EFT | 04/13/2018 | ADP Payroll | 10200 · Cash-United Bank Checking | -42,672.16 |
| Bill Pmt -Check | EFT | 04/16/2018 | Eagle Bank | 10200 · Cash-United Bank Checking | -9,418.43 |
| Check | EFT | 04/16/2018 | Eagle Bank | 10150 · Cash-Eagle Bank Checking | -10,522.30 |

2:03 PM
05/10/18

## Lansdowne Construction, LLC
## Check Detail
### February 9 through May 10, 2018

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 16308 | 04/18/2018 | Selective Hauling | 10200 · Cash-United Bank Checking | -26,721.00 |
| Bill Pmt -Check | 16073 | 04/19/2018 | Century Steel | 10200 · Cash-United Bank Checking | -39,286.00 |
| Bill Pmt -Check | 16320 | 04/20/2018 | Delta Painting | 10200 · Cash-United Bank Checking | -46,687.00 |
| Bill Pmt -Check | 16321 | 04/20/2018 | Electrical Systems & Services, Inc | 10200 · Cash-United Bank Checking | -6,867.00 |
| Bill Pmt -Check | 16322 | 04/20/2018 | Electrical Systems & Services, Inc | 10200 · Cash-United Bank Checking | -26,622.00 |
| Bill Pmt -Check | EFT | 04/24/2018 | AA Contractors | 10200 · Cash-United Bank Checking | -45,587.00 |
| Bill Pmt -Check | EFT | 04/24/2018 | E. M. Turner Construction | 10200 · Cash-United Bank Checking | -8,860.00 |
| Bill Pmt -Check | EFT | 04/24/2018 | Earth Crafters, Inc | 10200 · Cash-United Bank Checking | -39,283.32 |
| Bill Pmt -Check | EFT | 04/24/2018 | DMA Floors | 10200 · Cash-United Bank Checking | -33,015.60 |
| Bill Pmt -Check | EFT | 04/24/2018 | T & B Electric Co. | 10200 · Cash-United Bank Checking | -77,898.30 |
| Check | 16309 | 04/25/2018 | United Bank | 10200 · Cash-United Bank Checking | -7,250.00 |
| Bill Pmt -Check | EFT | 04/27/2018 | ADP Payroll | 10200 · Cash-United Bank Checking | -95,477.51 |
| Bill Pmt -Check | EFT | 04/27/2018 | ADP Payroll | 10200 · Cash-United Bank Checking | -40,406.21 |
| Bill Pmt -Check | 16314 | 04/28/2018 | United Healthcare Services | 10200 · Cash-United Bank Checking | -21,273.89 |
| Bill Pmt -Check | EFT | 04/30/2018 | A. Interior Systems LLC | 10150 · Cash-Eagle Bank Checking | -87,858.72 |
| Bill Pmt -Check | EFT | 04/30/2018 | Capital City Flooring | 10150 · Cash-Eagle Bank Checking | -54,082.66 |
| Bill Pmt -Check | EFT | 04/30/2018 | DC Mechanical, LLC | 10150 · Cash-Eagle Bank Checking | -39,852.90 |
| Bill Pmt -Check | EFT | 04/30/2018 | Electrical Systems & Services, Inc | 10150 · Cash-Eagle Bank Checking | -109,192.50 |
| Bill Pmt -Check | 16315 | 05/01/2018 | Henry & O'Donnell, PC | 10200 · Cash-United Bank Checking | -15,000.00 |
| Bill Pmt -Check | EFT | 05/03/2018 | United Bank | 10200 · Cash-United Bank Checking | -5,802.08 |
| Bill Pmt -Check | EFT | 05/04/2018 | ADP Payroll | 10200 · Cash-United Bank Checking | -81,450.52 |
| Bill Pmt -Check | 16317 | 05/08/2018 | TH Holding Company | 10200 · Cash-United Bank Checking | -12,551.33 |
| Bill Pmt -Check | 1003 | 05/08/2018 | United Healthcare Services | 10150 · Cash-Eagle Bank Checking | -18,489.22 |

3:21 PM
05/25/18

# Lansdowne Construction, LLC
## Check Detail
### February 15 through May 15, 2018

| Num | Date | Name | Account | Paid Amount |
|---|---|---|---|---|
| 1004 | 05/08/2018 | Mark A. Cook | 10150 · Cash-Eagle Bank Checking | -3,600.00 |
| 1005 | 05/14/2018 | Eagle Bank | 10150 · Cash-Eagle Bank Checking | -3,641.00 |
| 1006 | 05/14/2018 | Smith Elliott Kearns & Company LLC | 10150 · Cash-Eagle Bank Checking | -4,750.00 |
| 1008 | 05/14/2018 | Cole Roofing Company, Inc | 10150 · Cash-Eagle Bank Checking | -16,379.00 |
| 1009 | 05/14/2018 | Neighoff & Sons, Inc | 10150 · Cash-Eagle Bank Checking | -475.00 |
| 1010 | 05/15/2018 | Henry & O'Donnell | 10150 · Cash-Eagle Bank Checking | -335.00 |

Payments made to "insiders"

| Name | Check # | Date | Amount |
|---|---|---|---|
| Brynne Dietze | 13548 | 5/13/2017 | 48.37 |
| | 13759 | 6/1/2017 | 89.97 |
| | 14229 | 7/20/2017 | 29.99 |
| | 14425 | 8/4/2017 | 63.49 |
| | 15410 | 11/3/2017 | 969.77 |
| | 15536 | 11/27/2017 | 72.49 |
| | 15841 | 1/22/2018 | 178.72 |
| | 16174 | 3/2/2018 | 834.76 |
| | | Total | 2,287.56 |
| Sharon Dietze | 15618 | 12/5/2017 | 9,250.00 |
| | 15619 | 12/5/2017 | 9,250.00 |
| | 15792 | 1/3/2018 | 1,500.00 |
| | 16146 | 2/22/2018 | 6,000.00 |
| | | Total | 26,000.00 |
| Ralph Dietze | EFT | 7/21/2017 | 10,000.00 |
| | 15068 | 9/17/2017 | 5,000.00 |
| | 15054 | 9/17/2017 | 10,000.00 |
| | 15322 | 10/15/2017 | 75,000.00 |
| | 15517 | 11/14/2017 | 2,000.00 |
| | 15930 | 1/24/2018 | 120,000.00 |
| | | Total | 222,000.00 |
| Robert Wooddell | | None | |
| James Dougherty | 13552 | 5/13/2017 | 2,783.79 |
| | 13765 | 6/1/2017 | 602.55 |
| | 14092 | 7/3/2017 | 5,206.76 |
| | 14874 | 9/15/2017 | 229.20 |
| | 15114 | 10/1/2017 | 1,807.78 |
| | 15417 | 11/3/2017 | 1,712.31 |
| | 15552 | 11/27/2017 | 486.61 |
| | 15846 | 1/22/2018 | 1,858.95 |
| | 16260 | 3/27/2018 | 333.17 |
| | | Total | 15,021.12 |
| Lansdowne Const IV | | 8/31/2017 | 226,084.67 |
| | | 10/1/2017 | 6,599.00 |
| | | Total | 232,683.67 |

SCHEDULE 4.1