Jeffery T. Martin, Jr.
Henry & O'Donnell, P.C.
300 N. Washington St.
Suite 204
Alexandria, VA 22314
jtm@henrylaw.com

Jack Frankel
Office of the US Trustee – Region 4
115 South Union Street, Suite 210
Alexandria, VA  22314
Jack.I.Frankel@usdoj.gov

Richard A. Dubose, III
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202
rdubo@gebsmith.com

Robert K. Coulter
Office of the US Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
robert.coulter@usdoj.gov

David S. Musgrave
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, MD 21202
dmusgrave@gfrlaw.com

James T. Bacon
Allred Bacon Halfhill & Young P.C.
11350 Randon Hills Road, Suite 700
Fairfax, VA 22030
jbacon@abhylaw.com

John B. Connor
John B. Connor, PLC
1033 North Fairfax Street, Suite 310
Alexandria, VA 22314
jack@johnbconnor.com

Marion Dere Muller
127 W. Jefferson Street, Suite 100
Rockville, MD 20850
Mmuller@mdmullerlaw.com

John T. Donelan
Law Office of John T. Donelan
125 South Royal Street
Alexandria, VA 22314
donelanlaw@gmail.com

Lauren P. McLaughlin
Shoshana E. Rothman
BrigliaMcLaughlin, PLLC
1950 Old Gallows Road, Suite 750
Tysons Corner, VA 22182
lmclaughlin@briglialaw.com
srothman@briglialaw.com

Michael G. Gallerizzo
Gebhardt and Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
mgall@gebsmith.com

Bradford F. Englander
Whiteford, Taylor & Preston LLP
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
benglander@wtplaw.com

Timothy C. Bass
Thomas J. McKee, Jr.
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
basst@gtlaw.com
mckeet@gtlaw.com

Nancy R. Schlicthing
Lenhart Pettit PC
530 E. Main Street
P.O. Box 2057
Charlottesville, VA 22902
nrs@lplaw.com

Lindsay A. Thompson
Thomas F. Murphy
Friedlander Misler, PLLC
5335 Wisconsin Avenue, NW, Suite 600
Washington, DC 20015
lathompson@dclawfirm.com
tfmurphy@dclawfirm.com

Shawn C. Whittaker
Whittaker & Associates
1010 Rockville Pike, Suite 607
Rockville, MD 20852
shawn@whittaker-law.com

Ann M. Callaway
Ann M. Callaway, P.C.
15 Garrett Street
Warrenton, VA 20186
acallaway@anncallawaylaw.com

W. Calvin Smith
Dunlap Bennett & Ludwig, PLLC
211 Church Street, SE
Leesburg, Virginia 20175
csmith@dbllawyers.com

Robert M. Marino
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314-3143
rmmarino@rpb-law.com

Cary M. Craig, Jr.
Harrison & Johnston, PLC
21 South Loudoun Street
Winchester, Virginia 22601
craig@harrison-johnston.com

Jill D. Caravaggio
Law Office of Jill D. Caravaggio
11116 Innsbrook Way
Suite B
Ijamsville, MD 21754
jill@jill-lawoffice.net